FILED

OCT - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

Kenneth Ray Sanders,
    Petitioner,

v.

Case No. _____ 05 2003

U.S. Parole Commission,
Federal Bureau Of Prisons,
C.S.O.S.A. of D.C., et. al.,
    Respondents.

---

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES
UNDER 28 U.S.C. § 1915 AND AFFIDAVIT**

---

I, Kenneth Ray Sanders, declare that I am the Petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the petition.

In support of this application, I state the following under penalty of perjury:

1. I am currently incarcerated at the Alexandria Detention Center at 2001 Mill Road, Alexandria, Virginia, 22314, and that I am neither employed at the institution, nor do I receive any payment from the institution.

2. I was previously incarcerated at the Prince William-Manassas Adult Detention Center at 9320 Lee Ave., Manassas, Virginia 20110 between January 7, 2005 and July 13, 2005, and upon transfer had an account balance in excess of minus $300+. (See attached account balance sheet from Alexandria Detention Center)

3. I am not currently employed.

4. In the past 12 months, I have only received money, in the form of food stamps thru the Washington D.C. Food Stamp Program, from October 2004 thru January 2005, in increments of $149.00 per month.

5. I have no cash or checking or savings account

6. I do not own any real estate, stocks, bonds, securities, or other financial instruments, nor any automobiles or any other thing of value.

7. I have one son, Marvin Marq Sanders, who is dependent upon me for support and I contribute as much as I can, given my financial position at any given time.

RECEIVED

SEP 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

1915 Motion cont'd

I declare, under penalty of perjury, that the above information is true and correct.

Aug. 18, 2005
Date

_____
Kenneth Ray Sanders, Pro Se'
Petitioner

## CERTIFIED STATEMENT OF FINANCIAL ACCOUNTS

I, Kenneth Ray Sanders, do certify, under penalty of perjury, that my financial status for the past six months is as follows:

1. While incarcerated at the Prince William-Manassas Adult Detention Center, from January 7, 2005 to July 13, 2005, I received no monies, credits, or any other form of finance, and that my account balance upon transfer was approximately -$400.00.

2. See attached account statement from Alexandria Detention Center.

Respectfully Submitted,

_____
Kenneth Ray Sanders, Pro Se'
Petitioner

Leave to file without prepayment of costs
GRANTED
_____
United States District Judge
10/5/05