IN THE U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

FILED
OCT - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KENNETH RAY SANDERS,
    PETITIONER,

V.

CASE NO. **05 2003**

U.S. PAROLE COMMISSION,
FEDERAL BUREAU OF PRISONS,
C.S.O.S.A., INC. ET. AL.,
    RESPONDENTS.

---

**REQUEST FOR PRODUCTION OF DOCUMENTS
PURSUANT TO RULE 34 FED. R. CIV. P.**

---

**Comes Now,** Kenneth Ray Sanders, Pro Se' Petitioner, pursuant to Rule 34 Federal Rules of Civil Procedure, through counsel, requesting the production of documents maintained by the Respondents which were previously requested in a letter dated May 5, 2005 pursuant to Title 5 U.S.C. sec. 552(a) of the Freedom Of Information Act, but which Respondents failed to provide. In support of this request Petitioner states the following:

1] Petitioner previously requested documents containing pertinent information maintained in the files of the Respondents which went unanswered to, or were not fulfilled per request. The documents were requested for use as evidentiary material in support of the preceeding motion under Title 28 U.S. C. sec. 2241 regarding the deprivation of Petitioners lawful right to liberty due to, *inter alia,* miscalculations of his remaining sentence by deprivation of his Statutory Good Time credits and credits for time spent in confinement. The documents needed are specified under each agencys name or title and are as follows:

### I. UNITED STATES PAROLE COMMISSION

  i. The complete copy of Title 28 U.S.C. sec. 2.52, in it's entirety.
  ii. Parole violation warrants issued between july 1994 to present.
  iii. All sentence computation from March 1990 to present, with calculations.
  iv. All warrant request responses with dates.
  v. All notices of Parole Revocation Hearings, with allegations from july 1994 to present.
  vi. All Notices of Action following parole revocation from October 1994 to present.

### II. COURT SERVICES OFFENDER SUPERVISION AGENCY

  i. Parole violation reports from July 1994 to present.
  ii. The complete running record of Petitioners activities while on parole from August 1993 to Present.
  iii. Parole violation warrrant requests with allegations and date of requests from August 1993 to present.
  iv. Parole violation notices for both the D.C. Parole Board and the U.S.P.C. from August 1993 to present.
  v. Notices of Action following all parole hearings for violations between July 1994 to Present.

RECEIVED
SEP 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

### III. FEDERAL BUREAU OF PRISONS

i. The Judgment and Commitment Order issued following Petitioners' 1990 Burglary Conviction in the Superior Court of The District of Columbia.
ii. All Sentence Computations from March 1990 to present, with calculations.
iii. All notices of disciplinary hearings to be convened for institutional infractions from 1990 to present.
iv. All records of disciplinary hearings convened to address forfeiture of Statutory Good Time Credits for institutional infractions, with receipt acknowledgment of inmate.
v. District of Columbia statute governing Statutory Good Time Credits and applicable percentage for 1990.

2] The aforementioned records are needed in an expeditious manner and Petitioner request full response within 15 days following receipt of this motion, so as to effect timely filing of this action and to ensure all the presence of all material evidence to be placed before the court. Whether any part of any request may be identical is strictly done for purposes of confirming allegations and should be strictly adhered to.

**Wherefore:** Petitioner prays response to this motion within the prescribed period and asks that the Respondents forward any requests or questions and concerns they may have to Petitioner in a timely manner.

Respectfully Submitted,

Kenneth Ray Sanders, Pro Se'
Fed. Reg. No. 08480-007

I, Kenneth Ray Sanders, do attest and certify that I am the intended recipient of the aforementioned information and that a true and exact copy of this motion has been forwarded via U.S. Postal Service First Class Mail to the legal departments of The the Federal Bureau of Prisons, 320 First St. NW, Washington, D.C. 20534, The U.S. Parole Commission, 5550 Friendship Blvd., Chevy Chase MD.20764, and the Court Services and Offender Supervision Agency, 601 Indiana Ave. Nw. Washington, D.C. 20001 on the _10_ day of June 2005.

Respectfully Submitted

Kenneth Ray Sanders, Pro Se'
Petitioner