UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH RAY SANDERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-2003 (RWR) |
| ) | |
| UNITED STATES PAROLE COMMISSION ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this 20th day of October, 2005,

ORDERED that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of serving the copies on petitioner's warden, the United States Parole Commission, and the United States Attorney for the District of Columbia.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge