UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KENNETH RAY SANDERS,**            :
    Petitioner            :   Civil Action No. 05-02003 (RWR)
                          :
v.                                   :
                          :
**U.S. PAROLE COMMISSION,**          :
**FEDERAL BUREAU OF PRISONS et al.,**:
    Respondents           :

## ORDER

Upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus, the Federal Respondents' Opposition to the Petitioner's Petition for a Writ of Habeas Corpus, and for the reasons stated in the Federal Respondents' Opposition, it is hereby

ORDERED that the show cause order as to the federal respondents is discharged, and that Petitioner's Petition for a Writ of Habeas Corpus is DENIED.

SO ORDERED.

                                                  _____
                                                Richard W. Roberts
                                                U.S. District Court Judge

Date:

Copies to:
Kenneth Ray Sanders
Fed. Reg. No. 08480-007
CI Rivers
Correctional Institution
P.O. Box 630
Winton, North Carolina 27986

Sherri L. Berthrong
Assistant United States Attorney
555 4th Street, N.W., Room 10-450
Special Proceedings Section
Washington, D.C.  20530