# **EXHIBIT A**

```
H    PAR4J  540*23  *       SENTENCE MONITORING        *    11-21-2005
PAGE 001           *        COMPUTATION DATA           *    11:06:56
                            AS OF 11-21-2005

REGNO..: 08480-007  NAME: SANDERS, KENNETH R


FBI NO............: 425756W6         DATE OF BIRTH: ████████
ARS1..............: RIV/A-DES
UNIT..............: A                QUARTERS.....: A03-104U
DETAINERS.........: NO               NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 06-07-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-12-2006 VIA PRESUM PAR

---------------------CURRENT JUDGMENT/WARRANT NO: 050 ----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F14226-89
JUDGE...........................: WEISBERG
DATE SENTENCED/PROBATION IMPOSED: 04-06-1990
DATE WARRANT ISSUED.............: 01-07-2005
DATE WARRANT EXECUTED...........: 07-13-2005
DATE COMMITTED..................: 10-03-2005
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

---------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:  605
OFF/CHG: 22-1801 BURGLARY II 22-3812,13(A) ATTEMPTED THEFT 22-403
         DESTRUCTION OF PROPERTY

 SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS
 NEW SENTENCE IMPOSED...........: 1282 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 12-03-1989




G0002       MORE PAGES TO FOLLOW . . .
```

A

```
5H    PAR4J  540*23  *       SENTENCE MONITORING       *    11-21-2005
PAGE 002           *         COMPUTATION DATA          *    11:06:56
                             AS OF 11-21-2005

REGNO..: 08480-007  NAME: SANDERS, KENNETH R


------------------------CURRENT COMPUTATION NO: 050 ------------------------

COMPUTATION 050 WAS LAST UPDATED ON 10-03-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-11-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 050: 050 010

DATE COMPUTATION BEGAN..........: 07-13-2005
TOTAL TERM IN EFFECT............: 1282 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS       6 MONTHS       2 DAYS
EARLIEST DATE OF OFFENSE........: 12-03-1989

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 294
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 03-26-2008
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 01-14-2009

PRESUMPTIVE PAROLE DATE.........: 07-12-2006
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

PROJECTED SATISFACTION DATE.....: 07-12-2006
PROJECTED SATISFACTION METHOD...: PRESUM PAR




G0002       MORE PAGES TO FOLLOW . . .
```

```
;H     PAR4J  540*23 *       SENTENCE MONITORING          *   11-21-2005
PAGE 003          *          COMPUTATION DATA             *   11:06:56
                             AS OF 11-25-2004
```

REGNO..: 08480-007  NAME: SANDERS, KENNETH R

```
FBI NO..........:                      DATE OF BIRTH: ▮▮▮▮▮▮▮
ARS1............: RIV/A-DES
UNIT............: A                     QUARTERS.....: A03-104U
DETAINERS.......: NO                    NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 11-22-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:   11-25-2004 VIA PL RELEASE

------------------------PRIOR JUDGMENT/WARRANT NO: 040 ------------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F14226-89C,F,X,Y,Z
JUDGE...........................: WEISBERG
DATE SENTENCED/PROBATION IMPOSED: 04-06-1990
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 10-08-2004
HOW COMMITTED...................: PUBLIC LAW-PAROLEE
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 605
OFF/CHG: 22-1801 BURGLARY 11 22-3812,13(A) ATTEMPTED THEFT 22-403
         DESTRUCTION OF PROPERTY

```
SENTENCE PROCEDURE..............: 4209 PAROLEE IN PRGM WITH DRUG AFT CARE
SENTENCE IMPOSED/TIME TO SERVE.:    120 DAYS
DATE OF OFFENSE.................: 12-03-1989
```

G0002         MORE PAGES TO FOLLOW . . .

```
5H      PAR4J  540*23 *          SENTENCE MONITORING           *   11-21-2005
PAGE 004              *          COMPUTATION DATA              *   11:06:56
                                 AS OF 11-25-2004
```

REGNO..: 08480-007 NAME: SANDERS, KENNETH R

------------------------------PRIOR COMPUTATION NO: 040 ------------------------

COMPUTATION 040 WAS LAST UPDATED ON 10-12-2004 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 040:   040 010

```
DATE COMPUTATION BEGAN..........: 10-08-2004
TOTAL TERM IN EFFECT............:    120 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      3 MONTHS    28 DAYS
EARLIEST DATE OF OFFENSE........: 12-03-1989

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 02-04-2005

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 11-25-2004
ACTUAL SATISFACTION METHOD......: PL RELEASE
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: JAF

DAYS REMAINING..................: 71
FINAL PUBLIC LAW DAYS...........: 0
```

REMARKS.......: NOA DTD 8/25/04 ORDERS DEFT SERVE UP2 120 DAYS IN A CCC
                W/SPECIAL DRUG AND MENTAL HEALTH AFTERCARE CONDITION AND IS
                PROHIBITED FROM THE USE OF ALCOHOL AND ALL OTHER INTOXICANTS.
                11/25/04 ABSCONDED FROM CCC.


G0002       MORE PAGES TO FOLLOW . . .

```
5H    PAR4J  540*23 *      SENTENCE MONITORING       *   11-21-2005
PAGE 005         *         COMPUTATION DATA          *   11:06:56
                           AS OF 10-08-2004
```

REGNO..: 08480-007 NAME: SANDERS, KENNETH R

```
FBI NO............: 425756W6          DATE OF BIRTH: ▓▓▓▓▓▓
ARS1..............: RIV/A-DES
UNIT..............: A                  QUARTERS.....: A03-104U
DETAINERS.........: NO                 NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 09-16-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 10-08-2004 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 030 ------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F14226-89C,F,X,Y,Z
JUDGE............................: WEISBERG
DATE SENTENCED/PROBATION IMPOSED: 04-06-1990
DATE WARRANT ISSUED..............: 01-08-2004
DATE WARRANT EXECUTED............: 02-09-2004
DATE COMMITTED...................: 04-13-2004
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:
```

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 605
OFF/CHG: 22-1801 BURGLARY 11 22-3812,13(A) ATTEMPTED THEFT 22-403
         DESTRUCTION OF PROPERTY

```
SENTENCE PROCEDURE...............: DC GTCA ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS
NEW SENTENCE IMPOSED.............: 1525 DAYS
BASIS FOR CHANGE.................: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE..................: 12-03-1989
```

G0002         MORE PAGES TO FOLLOW . . .

```
5H      PAR4J   540*23  *       SENTENCE MONITORING         *    11-21-2005
PAGE 006        *               COMPUTATION DATA            *    11:06:56
                                AS OF 10-08-2004

REGNO..: 08480-007 NAME: SANDERS, KENNETH R


----------------------------PRIOR COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 04-13-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   030 010

DATE COMPUTATION BEGAN..........: 02-09-2004
TOTAL TERM IN EFFECT............: 1525 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS      2 MONTHS       4 DAYS
EARLIEST DATE OF OFFENSE........: 12-03-1989

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 350
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 04-28-2007
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 04-12-2008

PAROLE EFFECTIVE................: 10-09-2004
PAROLE EFF VERIFICATION DATE....: 03-29-2004
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 10-08-2004
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: BUF
ACTUAL SATISFACTION KEYED BY....: JLT

DAYS REMAINING..................: 1281
FINAL PUBLIC LAW DAYS...........: 1

                COMPUTATION CERTIFIED BY DCRC ON 04-15-04




G0002           MORE PAGES TO FOLLOW . . .
```

```
5H     PAR4J   540*23  *      SENTENCE MONITORING       *    11-21-2005
PAGE 007           *          COMPUTATION DATA          *    11:06:56
                              AS OF 05-08-2003

REGNO..: 08480-007 NAME: SANDERS, KENNETH R


FBI NO............:                     DATE OF BIRTH:  ▓▓▓▓▓▓
ARS1..............: RIV/A-DES
UNIT..............: A                   QUARTERS.....: A03-104U
DETAINERS.........: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-08-2003 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F14226-89C,F,X,Y,Z
JUDGE...........................: WEISBERG
DATE SENTENCED/PROBATION IMPOSED: 04-06-1990
DATE WARRANT ISSUED.............: 05-09-2002
DATE WARRANT EXECUTED...........: 11-23-2002
DATE COMMITTED..................: 01-06-2003
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 605
OFF/CHG: 22-1801 BURGLARY 11 22-3812,13(A) ATTEMPTED THEFT 22-403
         DESTRUCTION OF PROPERTY

 SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     12 YEARS
 NEW SENTENCE IMPOSED...........:   1707 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 12-03-1989




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H    PAR4J  540*23  *      SENTENCE MONITORING       *    11-21-2005
PAGE 008        *           COMPUTATION DATA          *    11:06:56
                            AS OF 05-08-2003
```

REGNO..: 08480-007 NAME: SANDERS, KENNETH R

------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 04-03-2003 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

```
DATE COMPUTATION BEGAN...........: 11-23-2002
TOTAL TERM IN EFFECT.............: 1707 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      4 YEARS       8 MONTHS       4 DAYS
EARLIEST DATE OF OFFENSE.........: 12-03-1989

JAIL CREDIT......................:    FROM DATE     THRU DATE
                                      11-08-2002    11-22-2002

TOTAL JAIL CREDIT TIME...........: 15
TOTAL INOPERATIVE TIME...........: 0
STATUTORY GOOD TIME RATE.........: 7
TOTAL SGT POSSIBLE...............: 392
PAROLE ELIGIBILITY...............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE...........: 06-14-2006
TWO THIRDS DATE..................: N/A
180 DAY DATE.....................: N/A
EXPIRATION FULL TERM DATE........: 07-11-2007

PAROLE EFFECTIVE.................: 05-08-2003
PAROLE EFF VERIFICATION DATE....: 03-12-2003
NEXT PAROLE HEARING DATE.........: N/A
TYPE OF HEARING..................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE.........: 05-08-2003
ACTUAL SATISFACTION METHOD.......: PAROLE
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: MPH

DAYS REMAINING...................: 1525
FINAL PUBLIC LAW DAYS............: 0
```

              INMATE'S 10% DATE IS 4-21-2003.
              COMP CERTIFIED BY DC RECORDS CENTER ON 4/7/2003

G0002         MORE PAGES TO FOLLOW . . .

```
5H      PAR4J  540*23  *     SENTENCE MONITORING        *     11-21-2005
PAGE 009        *             COMPUTATION DATA          *     11:06:56
                              AS OF 10-19-2000
```

REGNO..: 08480-007 NAME: SANDERS, KENNETH R

```
FBI NO............: 425756W6         DATE OF BIRTH: ███████
ARS1..............: RIV/A-DES
UNIT..............: A                QUARTERS....: A03-104U
DETAINERS.........: NO               NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 10-19-2000 VIA PAROLE

----------------------PRIOR JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F14226-89C,F,X,Y,Z
JUDGE............................: WEISBERG
DATE SENTENCED/PROBATION IMPOSED: 04-06-1990
DATE WARRANT ISSUED..............: 10-21-1998
DATE WARRANT EXECUTED............: 03-11-1999
DATE COMMITTED...................: 11-09-1999
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $00.00          $00.00           $00.00        $80.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO        AMOUNT: $00.00
```

----------------------PRIOR OBLIGATION NO: 010 ----------------------
OFFENSE CODE....: 605
OFF/CHG: ATT. FRIST DEGREE THEFT; DESTROYING PROPERTY; BURGLARY II
         (PAROLE VIOLATOR)

```
SENTENCE PROCEDURE...............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.:     6 YEARS
NEW SENTENCE IMPOSED.............: 2176 DAYS
BASIS FOR CHANGE.................: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE..................: N/A
5H
   REMARKS.......: DC GOOD TIME CREDITS ACT - IGT (SGT); EDUC CREDIT (EGT); NO
                   180 DAYS DATE, SUPERVISION UNTIL FULL TERM.
```

G0002         MORE PAGES TO FOLLOW . . .

```
5H      PAR4J  540*23  *     SENTENCE MONITORING          *    11-21-2005
PAGE 010 OF 010  *            COMPUTATION DATA            *     11:06:56
                              AS OF 10-19-2000

REGNO..: 08480-007 NAME: SANDERS, KENNETH R


---------------------------PRIOR COMPUTATION NO: 010 ---------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-19-2000 AT CBR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 03-11-1999
TOTAL TERM IN EFFECT............: 2176 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    5 YEARS     11 MONTHS     12 DAYS

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 571
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 08-01-2003
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 08-26-2004
EXPIRATION FULL TERM DATE.......: 02-22-2005

PAROLE EFFECTIVE................: 10-19-2000
PAROLE EFF VERIFICATION DATE....: 10-19-2000
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 10-19-2000
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CBR
ACTUAL SATISFACTION KEYED BY....: JAF

DAYS REMAINING..................: 1587
FINAL PUBLIC LAW DAYS...........: 0

              INMATE RECEIVED FROM DCDOC.  COMPUTATION ORIGINALLY COMPUTED
              BY DCOB AND REVIEWED AND/OR CORRECTED BY CRL BOP STAFF BASED
              ON INFORMATION IN INMATES OFFICIAL CENTRAL FILE. /MEJ




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
CROA4  540*03  *           SENTENCE MONITORING              *  04-03-2003
PAGE           *      INDEPENDENT SENTENCE COMPUTATION       *  13:22:37

    SENTENCE PROCEDURE:  12    4205(B)(1)MIN PE
    SPT/PAR/MR VIOL...:  N     MAN SGT RATE:
    TERM IN EFFECT  YRS: 12    MOS:        DAYS:         OR LIFE/DEATH:
    TIE CONVERTED   YRS: 12    MOS:        DAYS:
    MINIMUM TERM    YRS: 4     MOS:        DAYS:
    JAIL CREDIT     FROM: 12-14-1989  THRU: 12-14-1989 =   1   DAYS
                    FROM: 12-18-1989  THRU: 04-05-1990 = 109   DAYS
                    FROM:             THRU:            =       DAYS
    TOTAL JAIL CREDIT DAYS: 110
    INOP TIME       FROM:             THRU:            =       DAYS
                    FROM:             THRU:            =       DAYS
    TOTAL INOPERATIVE TIME DAYS:
                                      SGT RATE.......:  10
    DT SENT BEGAN: 04-06-1990         SGT TOTAL DAYS.:  1440
                                      STAT REL DT....:  01-06-1998 TUE
                                      180 DAY DT.....:  06-19-2001
                                      PAROLE ELIG....:  12-16-1993
                                      2/3 OR 30YR DT:   12-16-1997
    HARDCOPY Y/N: Y                   EFT DT.........:  12-16-2001

    DATA ENTERED BY:




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
CROA4  540*03 *              SENTENCE MONITORING              * 04-03-2003
PAGE                   INDEPENDENT SENTENCE COMPUTATION        * 13:23:12

SENTENCE PROCEDURE:
SPT/PAR/MR VIOL..:           MAN SGT RATE:
TERM IN EFFECT YRS:      MOS:       DAYS:        OR LIFE/DEATH:
TIE CONVERTED  YRS:      MOS:       DAYS:
MINIMUM TERM   YRS:      MOS:       DAYS:
JAIL CREDIT    FROM: 08-19-1993     THRU: 12-16-2001 = 3042  DAYS
               FROM:                THRU:             =       DAYS
               FROM:                THRU:             =       DAYS
TOTAL JAIL CREDIT DAYS: 3042
INOP TIME      FROM:                THRU:             =       DAYS
               FROM:                THRU:             =       DAYS
TOTAL INOPERATIVE TIME DAYS:
                                    SGT RATE......:
DT SENT BEGAN:                      SGT TOTAL DAYS:
                                    STAT RSL DT...:
                                    180 DAY DT....:
                                    PAROLE ELIG...:
                                    2/3 OR 30YR DT:
HARDCOPY Y/N: Y                     EFT DT........:

DATA ENTERED BY:
```

*See Detainer Removal Notice —*

*Inmate would have paroled 1-93. Detainer dropped.*

*Days Remaining* ②

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
CROA4  540*03 *              SENTENCE MONITORING              *  04-03-2003
PAGE                 INDEPENDENT SENTENCE COMPUTATION          *  13:23:55

      SENTENCE PROCEDURE: 10    4205(A)REG ADULT
      SPT/PAR/MR VIOL...: N     MAN SGT RATE:
      TERM IN EFFECT YRS:       MOS:        DAYS: 3042    OR LIFE/DEATH:
      TIE CONVERTED   YRS: 8    MOS: 3      DAYS: 28
      MINIMUM TERM    YRS:      MOS:        DAYS:
      JAIL CREDIT    FROM:                  THRU:          =         DAYS
                     FROM:                  THRU:          =         DAYS
                     FROM:                  THRU:          =         DAYS
      TOTAL JAIL CREDIT DAYS:
      INOP TIME      FROM: 03-27-1995       THRU: 07-28-1995 = 124   DAYS
                     FROM:                  THRU:            =       DAYS
      TOTAL INOPERATIVE TIME DAYS: 124

                                            SGT RATE......: 8
      DT SENT BEGAN: 10-31-1994             SGT TOTAL DAYS: 799
                                            STAT REL DT...: 04-23-2003 MON
                              DWE           180 DAY DT....: 01-02-2003
                                            PAROLE ELIG...: 12-10-1997
                                            2/3 OR 30YR DT: 09-19-2000
      HARDCOPY Y/N: Y                       EFT DT........: 07-01-2003  NEW

      DATA ENTERED BY:


                                                              (3)








G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
CROA4  S40*03  *           SENTENCE MONITORING            *   04-03-2003
PAGE           *       INDEPENDENT SENTENCE COMPUTATION   *   13:24:25

SENTENCE PROCEDURE:
SPT/PAR/MR VIOL...:        MAN SGT RATE.:
TERM IN EFFECT  YRS:        MOS:       DAYS:       OR LIFE/DEATH:
TIE CONVERTED   YRS:        MOS:       DAYS:
MINIMUM TERM    YRS:        MOS:       DAYS:
JAIL CREDIT    FROM: 03-19-1997  THRU: 07-01-2003 = 2296   DAYS
               FROM:              THRU:           =        DAYS
               FROM:              THRU:           =        DAYS
TOTAL JAIL CREDIT DAYS: 2296
INOP TIME      FROM:              THRU:           =        DAYS
               FROM:              THRU:           =        DAYS
TOTAL INOPERATIVE TIME DAYS:
                                SGT RATE........:
DT SENT BEGAN.:                 SGT TOTAL DAYS..:
                                STAT REL DT.....:
                                180 DAY DT......:
                                PAROLE ELIG.....:
                                2/3 OR 30YR DT..:
HARDCOPY Y/N: Y                 EFT DT..........:

DATA ENTERED BY:




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

*Days Remaining*

*9*



```
CR0A4  540*03  *           SENTENCE MONITORING            *   04-03-2003
PAGE           *      INDEPENDENT SENTENCE COMPUTATION    *   13:24:44

   SENTENCE PROCEDURE: 10    4205(A)REG ADULT
   SPT/PAR/MR VIOL....: N    MAN SGT RATE:
   TERM IN EFFECT  YRS:      MOS:       DAYS: 2295    OR LIFE/DEATH:
   TIE CONVERTED   YRS: 6    MOS: 3     DAYS: 12
   MINIMUM TERM    YRS:      MOS:       DAYS:
   JAIL CREDIT   FROM:              THRU:         =           DAYS
                 FROM:              THRU:         =           DAYS
                 FROM:              THRU:         =           DAYS
   TOTAL JAIL CREDIT DAYS:
   INOP TIME     FROM:              THRU:         =           DAYS
                 FROM:              THRU:         =           DAYS
   TOTAL INOPERATIVE TIME DAYS:
                                    SGT RATE......: 8
   DT SENT BEGAN: 03-11-1999         SGT TOTAL DAYS: 683
                                    STAT REL DT...: 10-28-2003 TUE
                                    180 DAY DT....: 12-24-2004
                                    PAROLE ELIG...: 04-14-2001
                                    2/3 OR 30YR DT: 05-18-2003
   HARDCOPY Y/N: Y                  EFT DT........: 06-22-2005

   DATA ENTERED BY:
```



```
G0000          TRANSACTION SUCCESSFULLY COMPLETED.
```

```
CROA4  540*03  *           SENTENCE MONITORING                04-03-2003
PAGE                  INDEPENDENT SENTENCE COMPUTATION         13:25:11

    SENTENCE PROCEDURE:
    SGT/PAR/MR VIOL...:      MAN SGT RATE:
    TERM IN EFFECT  YRS:       MOS:      DAYS:       OR LIFE/DEATH:
    TIE CONVERTED   YRS:       MOS:      DAYS:
    MINIMUM TERM    YRS:       MOS:      DAYS:
    JAIL CREDIT    FROM: 10-20-2000  THRU: 06-22-2005 = 1707  DAYS
                   FROM:              THRU:          =        DAYS
                   FROM:              THRU:          =        DAYS

    TOTAL JAIL CREDIT DAYS: 1707
    INOP TIME      FROM:              THRU:          =        DAYS
                   FROM:              THRU:          =        DAYS
    TOTAL INOPERATIVE TIME DAYS:
                                      SGT RATE.......:
    DT SENT BEGAN:                    SGT TOTAL DAYS:
                                      STAT REL DT....:
                                      180 DAY DT.....:
                                      PAROLE ELIG....:
                                      2/3 OR 30YR DT:
    HARDCOPY Y/N: Y                   EFT DT.........:

    DATA ENTERED BY:




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```