# **EXHIBIT D**

## DISTRICT OF COLUMBIA BOARD OF PAROLE

### WARRANT

Number **PE - 27142-94**

W/N. # W0204421

TO:  Any Officer of the D.C. Department of Corrections
Any Police Officer or Federal Officer Authorized to Serve Criminal Process

RE: NAME: Sanders, Kenneth *Ray*      DCDC # 243-923

ALIAS: _____      PDID # 339-403

FBI # 425-756-W6

LAST KNOWN ADDRESS: 411 L St., S.E.,      DOB: ████

Washington, DC      RACE: BLK   SEX: M

PAROLE OFFICER: Erick O Green      HGT: 5'10   WGT: 155

SENTENCE TYPE: _X_ Adult __YRA __FYCA* __YRA & Adult __FYCA & Adult

_X_ Subject is at large   __ Subject is confined in _____

WHEREAS the above-named person is under sentence in the District of Columbia for the crime(s) of **Burglary II (2 ct.)/Attempt Theft/DEst Prop.** and was on the **18th** day of **August**, 19**93**, released on parole from the **Hope Village**,

AND WHEREAS reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, **EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, DO NOT EXECUTE THIS WARRANT. PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT SHALL TAKE PRECEDENCE. IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.**

WITNESS my hand and the seal of this Board this **1st** day of **August**, 19**94**.

TRUE COPY
TEST

*Michael Green* (signature)
Director, Michael Green
Parole Determination
D.C. Board of Parole

_____
Member, D.C. Board of Parole

* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19____ and the person named MUST NOT be held beyond that time.

p

WARRANT for return of Paroled Prisoner __Kenneth Sanders__

DCDC No. __243-923__ to the Central Detention Facility, Washington, D.C.

**EXECUTING OFFICIAL'S RETURN TO THE DISTRICT OF COLUMBIA BOARD OF PAROLE**

__Washington__, District of __Columbia__.

Received this writ the __31__ day of __October__, 19__94__, and executed same by arresting Paroled Prisoner __Kenneth Sanders__ at __Sheriff Office Alexdria__ this __31__ day of __DC. Dept of Corr__ 19__94__, at __4:00__ a.m./(p.m.), and committing (him)/her to __Detention Fac 1901 D. St. SE. Washington DC. Detention Facility__.

_____
Executing Officer

Further executed same by commitment of the above-named Paroled Prisoner to __D.C. Detention Facility__ at __1901 D. St. SE. Wash DC__, on this __31__ day of __October__, 19__94__, at __4:00__ a.m./(p.m.), the institution designated by the Attorney General, with this copy of the Warrant and the Statement of Alleged Violations attached hereto.

_____
Executing Officer

NOTE: One signed copy of this executed warrant is to be returned to the District of Columbia Board of Parole. If an expired warrant for a prisoner sentenced under the Federal Youth Corrections Act (FYCA) or the District of Columbia's Youth Rehabilitation Act (YRA) is discovered in your files, it should be returned forthwith to the District of Columbia Board of Parole.

## DISTRICT OF COLUMBIA BOARD OF PAROLE
### PAROLE DETERMINATION RECORD
### NONHEARING DETERMINATION RECORD
### ANALYSIS OF REPORT OF ALLEGED VIOLATIONS

RE: __Sanders, Kenneth__    DCDC# __243-923__    PDID# __339-403__
   Subject's Name

BIRTHDATE: ███████    BOP DOCKET # _____

TYPE OF REPORT: ☒ RAV ☐ RAV UPDATE    DATE OF REPORT: __7/05/94__

LOCATION: __Parole__    OFFENDER STATUS: ☐ Youth ☒ Adult

ANALYST: __F. Holloman__    PREPARATION DATE: __7/26/94__

PAROLE OFFICER: __Erick Greene__    UNIT: __2__

PAROLE OFFICER'S RECOMMENDATION: __Warrant__

DATE LAST PAROLED: __8/18/93__    FTD: __12/18/2001__

UNDERLYING OFFENSES: __Attempt First Degree Theft; Destroying Prop.; Burglary II (3cts.)__

CASE ANALYSIS: Resides with his aunt at 411 "L" Street SE. Residence was last verified on 3/8/94. Employed with Winstons, 2701 South Oakland Street, Arlington, Va.; last verified on 3/8/94. Subject has not submitted a paystub indicating 40 hours of work. His urine sample tested positive for opiates on 9/7/93 and positive for cocaine on 11/17/93. He failed to make himself available for further testing. He failed to participate in outpatient drug program. A violation letter was mailed to subject's address instructing him to report on 5/3/94, to no avail.

The subject failed to contact (PO) to update his residence status.

PENDING CASES: _____

PDS.208 2/25/93    1

RE: Sanders, Kenneth            243-923    339-403
    Subject's Name                           DCDC#      PDID#

Alleged VIOLATIONS:

0406 : Illeg. Used a Cont. Dang. Subst.

0701 : Failed to keep PO informed of residence since 3/8/94.

0702 : Failed to keep PO informed of employment since 3/8/94

1003 : Failed to follow PO instructions

1004 : Failed to report as directed

9950 : Noncompliance: Narc. Surveillance since 3/8/94

9951 : Noncompliance: Outpatient drug program since 3/8/94

ANALYST'S RECOMMENDATION: CODE: IS-10-21

Issue an arrest warrant for noncrim. allegations.

ANALYST'S SIGNATURE: Fannie L. Holloman 7/27/94

CONCURRENCE: Based on examination of the relevant information in this case, the Board concurs with the disposition recommended by the Analyst, and hereby orders the issuance of the appropriate implementing documents.

Board Member: _____  Date: 7.28.94

Board Member: _____  Date: 7/28/94

Board Member: _____  Date: 8-1-94

FH 8/3/94

NONCONCURRENCE--See Page 3

☐ Erias Hyman    ☐ Willie Hasson    ☐ Polly Nelson

☐ Margaret Quick  ☐ Enrique Rivera-Torres

**FINAL DISPOSITION OF DISPUTED CASE**

DISPOSITION: _____

Disposition Codes: __ - __ - __ - __

PDS.208 2/25/93                    2