**EXHIBIT E**

# The Board of Parole
## of the
## District of Columbia

   

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

**DCDC** 243-923      **NAME** KENNETH R SANDERS

**DOB** ██████      **SSN** ██████      **LOCATION** D.C. JAIL

**DOCKET** H9501-0040      **CONSIDERATION TYPE** H:REVOCATION

The District of Columbia Board of Parole issues the following **ORDER:**

REVOKE PAROLE FOR NONCRIMINAL VIOLATION(S); GRANT
REPAROLE THROUGH WORK RELEASE TO SUPERVISION ON OR
AFTER 07/31/1995

Implementation of this Order shall include the following:
Special Conditions of Parole

NARCOTICS SURVEILLANCE
OUTPATIENT DRUG PROGRAM

Remarks:

ILLEG USED CONTROL-DANGER SUBSTANCE
ILLEG USED CONTROL-DANGER SUBSTANCE
FAILED TO KEEP PO INFORMED/RESID
FAILED TO KEEP PO INFORMED/WORK PL
FAILED TO REPORT AS DIRECTED
FAILED TO CARRY OUT PO INSTRUCTIONS
FAILED TO CARRY OUT PO INSTRUCTIONS
NONCOMPLIANCE: NARC SURVEILLANCE

*Margaret Quick* - 5

<u>01/19/1995</u>
Date

Chairman
on behalf of the Board of Parole

NOA Date <u>2/1/95</u> by 

Seal

[ Parole Determination File ]
GREEN, E

E

FH
1/24/95