# **EXHIBIT F**

# The Board of Parole
## of the
## District of Columbia






## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC  243-923                    NAME  KENNETH R SANDERS

DOB  ▮▮▮▮▮              SSN  ▮▮▮▮▮▮            LOCATION  OCCOQUAN FACILT

DOCKET  D9512-0047       CONSIDERATION TYPE  N:AMEND ACTION

The District of Columbia Board of Parole issues the following **ORDER**:

RESCIND GRANT OF 01/19/1995 AND DENY REPAROLE; RECONSIDER FOR REPAROLE BY 07/29/1996

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

PROGRAM PARTICIPATION
NO NEW DISCP. REPORTS
COMPLETE SUBS. ABUSE PROG
WORK DETAIL

Remarks:

*Margaret Quick*

12/26/1995
Date

Seal 

NOA Date  1-18-96   by _____

Chairman
on behalf of the Board of Parole

[ Parole Determination File ]

F



 

GOVERNMENT OF THE DISTRICT OF COLUMBIA
BOARD OF PAROLE
717-14TH STREET. N.W. SUITE 300
WASHINGTON D.C. 20005

## ADDENDUM TO BOARD ORDER DATED 12/26/95
### TO DENY REPAROLE

RE: Kenneth Sanders  DCDC #: 243-923

The Board of parole has determined that denying reparole in the above-referenced case is appropriate due to the factor (s) checked below.

___✓___ 56  The offender has engaged in repeated or extremely serious negative institutional behavior.

_____ 58  The offender had the opportunity, but made little or no effort toward rehabilitation or preparation for remaining crime-free if released to the community.

_____ 59  The offender needs programs and rehabilitative services to minimize risk to the community when actually released to parole.

_____ 60  The offender failed to comply with special instructions or programs and/or other requirements ordered by the Board.

Seal

Margaret Quick
Chairperson
on behalf of Board of Parole

CV-4