# **EXHIBIT G**



# BOARD OF PAROLE
## DISTRICT OF COLUMBIA
### CERTIFICATE OF PAROLE

**ADULT**

AP# 18999-97

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that

_____Sanders, Kenneth_____ D.C.D.C. __243-923__ is eligible to be

PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will

remain at liberty without violating the law and that the release of the individual to supervision

is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-

named be PAROLED on __March 18th_____, 19__97_, and that said person remain under

supervision within the limits of the __Washington, Metro Area____ (including the District of

Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax

Counties of Virginia, including the cities of Alexandria, Fairfax and Falls Church, Virginia)

until ___March 21st 2002_____, 19____; unless or until other action is taken by the District

of Columbia BOARD OF PAROLE.

      This action is subject to the above-named individual's signing an agreement to abide

by and comply with all of the conditions of parole as shown on the reverse side of this

CERTIFICATE.

      Given under the hands and seal of the BOARD this _____18th_____ day

of __November_____, 19_96_

_Margaret Quick_ - 1

The above-named was released on

the _____ day of _____, 19____

_____
       **Administrator**

81—PS804

67




★ ★ ★   GOVERNMENT OF THE DISTRICT OF COLUMBIA   ★ ★ ★

PAROLE SUPERVISION SERVICES DIVISION
DISTRICT OF COLUMBIA BOARD OF PAROLE
300 INDIANA AVENUE N.W., 2ND FLOOR
WASHINGTON, DC 20001

# RELEASE VERIFICATION REPORT

INMATE'S NAME: Sanders, Kenneth          GRANT DATE: 11-18-96

DCDC: 243-923  PID ID: 339-403  DOB: ▨▨▨▨     INSTITUTION: Minimum

OFFENSE(S): Burg II (3 charges), Att.       SENTENCE(S): Owes 2,697

Theft-First Degree, Dest. of das
Property

Sentenced: 10-31-94

HOME: ▨▨▨▨▨▨▨▨     Step-Brother     ▨▨▨▨▨
   Will reside with (Name)    Relationship    Telephone No.

ADDRESS: 1512 Montello Ave., NE WDC 20002

VERIFIED DATE: 03-07-97   METHOD: phone CONTACTED: same

MAR 11 1997
RECEIVED

EMPLOYER: NONE              POSITION:

ADDRESS:                    TELEPHONE:

SUPERVISOR:            WAGE:          HOURS:

DATE VERIFIED:          METHOD:        CONTACTED:

## SPECIAL CONDITION(S): Narcotics Surveillance

_____

## SPECIAL INSTRUCTIONS/ADDITIONAL COMMENTS:

_____

PAROLE OFFICER: Teresa A. Jones/Teresa Jones  DATE: 03-10-97

SUPERVISORY PAROLE OFFICER: WILLIETTE S COPPELAND  DATE: 03-10-97

Approved by D.C. Parole Board for RELEASE on 3·18·97
from _____Minimum For City_____ with special
condition of _____NS_____

Parole Analyst _Monica W Winns_ Full term date 3·31·2002