# **EXHIBIT H**

   

# The Board of Parole
## of the
## District of Columbia

### NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC 243-923                NAME  KENNETH R SANDERS

DOB ███               SSN ███        LOCATION  ADULT PAROLE

DOCKET  D9810-0072      CONSIDERATION TYPE  N:RAV

The District of Columbia Board of Parole issues the following **ORDER**:

ISSUE AN ARREST WARRANT BASED ON ALLEGATIONS OF NONCRIMINAL VIOLATION(S) OF PAROLE

Implementation of this Order shall include the following:
No Special Conditions or Instructions at this time.

Remarks:

ILLEG USED CONTROL-DANGER SUBSTANCE
FAILED TO CARRY OUT PO INSTRUCTIONS
FAILED TO REPORT AS DIRECTED

_cf, 10/23/98_

10/21/1998
Date

Chairman
on behalf of the Board of Parole

Seal

NOA Date  10/23/98  by _amp_

[ Parole Determination File ]
HILL, A

H

RE: ~~Sanders~~, ~~███~~ R.   243-923   ~~██~~39-403
       Inmate's Name              DCDC#        PDID#

Analyst's Recommendation:           Arrest              Detainer
    Criminal Warrant                ☐ IS-10-20          ☐ IS-11-20
    Noncriminal Warrant             ☐ IS-10-21          ☐ IS-11-21
    Criminal & Noncriminal Warrant  ☐ IS-10-22          ☐ IS-11-22
    OAR                             ☒ IS-12-78
    Probable Cause Hearing (Interstate)  ☐ IS-12-64
    Personal Appearance by _____ (date)   ☐ SC-08-62

    ☐ Other: _____

Analyst: _____   Date: _____

Board Comments: _Subject failed to respond to verbal and written reporting instructions. Last seen 4 mos. ago._

☐ I concur with Analyst's recommendation and order the issuance of implementing documents
☒ I do not concur and hereby order the issuance of implementing documents for the
   following disposition:
        _IS 10.21_
   _Issue Arrest Warrant for Noncriminal violations._

Board Member: _[signature]_                    Date: _10-21-98_

PDS208A 8/4/98                     **2 of 2**

## DISTRICT OF COLUMBIA BOARD OF PAROLE



**WARRANT**   NUMBER: P3439498

TO: *Any Officer of the D.C. Department of Corrections. Any Police Officer or Federal Officer Authorized to Serve Criminal Process*

RE: NAME : SANDERS, KENNETH RAY
ALIAS:

SSN# ▓▓▓▓▓▓▓
DCDC# 243-923
PDID# 339403
FBI# 425756W6
DOB: ▓▓▓▓▓▓▓
SEX: MALE
RACE: BLACK
EYES: BROWN
HAIR: BLACK
HEIGHT: 5 ft 10 in
WEIGHT: 155 lbs
COMPLEXION: MEDIUM BROWN

DISTINGUISHING MARKS:

SENTENCE TYPE: ADULT

PAROLE OFFICER: HILL, A

LAST KNOWN ADDRESS: 411 L STREET SE, #2
WASHINGTON, DC 20020

SUBJECT'S LOCATION: At large__x__  Confined in_____

*Whereas the above-named person is under sentence in the District of Columbia for the crime(s) of Att. First Degree Theft; Destroying Property
and was on the 18th of March, 1997 released on parole from the Minimum,
And whereas reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,*

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, <u>DO NOT EXECUTE THIS WARRANT.</u> PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT <u>SHALL TAKE PRECEDENCE.</u> IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.

WITNESS my hand and the seal of this Board this   21st   day of October 1998

_____
*Member, D.C. Board of Parole*

* **FYCA case ONLY:** This warrant expires at 12:01 a.m. on _____, 19_____
and the person named MUST NOT be held beyond that time.

US PAROLE COMMISSION         MAR 11 '99  18:02 No.025 P.01
☒028

COMM.SERV.RECORD        ID: 

34394-98

**WARRANT** *for return of Paroled Prisoner*   **SANDERS, KENNETH R**

DCDC No. __243-923__   to the Central Detention Facility, Washington, D.C.

=========================================================================

EXECUTING OFFICIAL'S RETURN TO THE DISTRICT OF COLUMBIA BOARD OF PAROLE

~~Warrant Squad~~ WASHINGTON, District of ~~MARYLAND~~ COLUMBIA,

Received this writ the __11__ day of __March__, 19__99__, and executed same

by arresting Paroled Prisoner __SANDERS KENNETH RAY__ at

__Alex. City Jail, VA__ this __11__ day of __March__,

19__99__, at __1:10__ a.m./(p.m.) and committing (him)/her to __CDF__

_____

*Michael Anderson*

Executing Officer

Further executed same by commitment of the above-named Paroled Prisoner to

__CDF__ at __1901 D. ST SE__

on this __11__ day of __March__, 19__99__, at ____ a.m./pm.,

the institution designated by the Attorney General, with this copy of the Warrant and the Statement

of Alleged Violations attached hereto.

*Michael Anderson*

Executing Officer

=========================================================================

**NOTE:** *One signed copy of this executed warrant is to be returned to the District of Columbia Board of Parole. If an expired warrant for a prisoner sentenced under the Federal Youth Corrections Act (FYCA) is discovered in your files, it should be returned forthwith to the District of Columbia Board of Parole.*