# **EXHIBIT I**





# The Board of Parole
## of the
## District of Columbia

### NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC 243-923　　　　　　　　　NAME KENNETH R SANDERS

DOB ███　　　　SSN ███　　　　LOCATION OCCOQUAN FACILT

DOCKET H9903-0056　　　　CONSIDERATION TYPE H:REVOCATION

The District of Columbia Board of Parole issues the following **ORDER:**

REVOKE PAROLE FOR NONCRIMINAL VIOLATION(S); CONSIDER FOR REPAROLE BY 09/11/1999

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

NARCOTICS ANONYMOUS
PROGRAM PARTICIPATION

Remarks:

ILLEG USED CONTROL-DANGER SUBSTANCE
FAILED TO CARRY OUT PO INSTRUCTIONS
FAILED TO REPORT AS DIRECTED

04/07/1999
Date

Margaret Quick  1
Chairman
on behalf of the Board of Parole

Seal

NOA Date 4/19/99 by /s/

[ Parole Determination File ]
HILL, A

4/19/99