# EXHIBIT J

Case 1:05-cv-02003-RWR   Document 7-12   Filed 12/01/2005   Page 1 of 3




&lt;SUMCODE-DCREVO_SUM&gt;
## D.C. REHEARING FOLLOWING D.C. REVOCATION HEARING SUMMARY

**Original Offense of Conviction** - Burglary II; Attempted First Degree Theft; Destruction of Property.

**Violation Offense Behavior** - Administrative

| | | | |
|---|---|---|---|
| Name | :SANDERS, Kenneth | Institution | :Greensville, VA |
| Reg No | :00243-923 | Projected MR Date | :8/3/2003 |
| Date of Birth: | ▓▓▓ | Full Term Date | :2/24/2005 |
| Date Dictated:2/3/00 | | Fines/Restitution/Court Assessment: | None |
| | | Reviewer | :Patricia L. Denton |

**I. PREVIOUS COMMISSION ACTION:** See the Pre-Hearing Assessment dated 12/20/99.

**II. REVIEW OF CHARGES:**

The subject stated that he had been in the community approximately 1½ years before he began using cocaine. He stated that he only used one time and there had been a death in the family and he had a lot of other things going on. He stated that as soon as his mother found out about the positive urine specimen she interceded. He stated that in reference to Failure to Report and Not Following Instructions, he had gotten a letter from the parole officer to report, but, he got the letter after the date on the letter to report.

**III. COMMUNITY RESOURCES AND PAROLE RISK:** The subject was diagnosed as Manic Depressive in 1984 in the military. He is presently taking Elivile (150 mg), one per day. While incarcerated he participated in Alcoholics Anonymous and is presently assigned as the Unit Clerk. He is on the waiting list to participate in the Psychology Group. He stated that he has been at Greenville approximately 2 months.

The subject plans to reside with his friend (MPD Officer Angela Pinkney) at 5650 9th Street, NW, Washington, DC. He stated that he has a number of skills mostly administrative that would allow him to obtain employment.

**IV. SALIENT FACTOR SCORE:**

A = 1
B = 1
C = 3
D = 0
E = 0

SANDERS.243                                                     Page 1 of 2




F = 0

    5    TOTAL SCORE

The hearing examiner changed Item B from 0 to 1. The subject has had two commitments. His probation was not revoked and therefore he did not have a confinement period. The only commitment the subject has had have been in relation to this case.

**V.    RISK:** The subject is not considered to be a more serious risk.

**VI. EVALUATION:** The Parole Violation Behavior is rated as Category One severity because it involved administrative violations. The reparole guideline range is 8-12 months.

The subject, at the time of the hearing has been in custody 11 months. He has participated in some programs. He has no assaultive history and there appears to be no information available to indicate that a decision further outside the guideline range other then for administrative processing and halfway house placement is warranted in this case. It is recommended that he receive a parole date after the service of 17 months with the highest level of supervision. It is also recommended that he participate in drug aftercare.

**VII.   RECOMMENDATION:**

(1)    Parole effective on 8/10/2000 after the service of 17 months with placement in a CCC for up to 90 days recommended prior to the parole date with the highest level of supervision. Also, you shall be subject to drug aftercare.

**VIII. REASONS:**

(1)    After a review of all relevant factors and information presented, a decision above the guidelines appears warranted because at the time of the hearing you had been in custody 11 months. Additional time is needed for release planning.