**EXHIBIT K**

**U.S. Department of Justice** 
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

---

Name: SANDERS, Kenneth

DCDC Number: 00243+923

Register Number: 08480-007

Institution: Raleigh CCM
Greensville Correctional Facility

---

In the case of the above-named, the following parole action was ordered:

Parole effective on August 10, 2000, after the service of 17 months, with release through a CCC recommended prior to the parole date, and with the highest level of supervision. In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

**NOTE:** Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission. Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency (CSOSA), which will submit a report to the Commission before a parole certificate can be delivered.

**REASONS:**

Your parole violation behavior is rated as Category One severity because it involved administrative violations. Your salient factor score (SFS-98) is 5. You have been in confinement as a result of your behavior for a total of 11 months as of February 2, 2000. Guidelines established by the Commission for revocation behavior indicate a customary range of 8-12 months to be served for cases with a good institutional adjustment and program achievement. After a review of all relevant factors and information presented, a decision above the guidelines appears warranted because at the time of the hearing you had been in custody 11 months and additional time is needed for release planning.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your Supervision Officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

See the attached sheet for your individual item points and explanation for the Salient Factor Score.

cc:     D.C. Court Services & Offender Supervision Agency
        300 Indiana Avenue, N.W.
        Suite 2134
        Washington, D.C. 20001

Date: March 6, 2000

Clerk: ado 

**Page 1 of 2**

SANDERS.848

| Your Pts | Item Explanation | SALIENT FACTOR SCORE |
|---|---|---|

 

**1** .... **A - Prior convictions/adjudications (adult or juvenile)**
None = 3; One = 2; Two or three = 1; Four or more = 0

**1** .... **B - Prior commitments of more than thirty days (adult or juvenile)**
None = 2; One or two = 1; Three or more = 0

**3** .... **C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile)**

**0** .... **D - Recent commitment free period (three years)**
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

**0** .... **E - Probation/parole/confinement/escape status violator this time**
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**0** .... **F - Older offenders**
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

| Points For SFS Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
| | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

**Date: March 6, 2000**                                         **Clerk: adc**

SANDERS.848