# **EXHIBIT L**

 

U.S. Department of Justice                          Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: SANDERS, Kenneth                    Institution: Raleigh CCM

Register Number: 08480-007                DCDC No.: 243-923

---

In the case of the above named the following parole action was ordered:

Reopen and retard parole effective date of August 10, 2000 by 70 days and parole effective October 19, 2000. It is recommended that the prisoner be released through a CCC prior to release and you shall be subject to the highest level of supervision following your release to the community.

With the special condition(s) as indicated below:
You shall be subject to the Special Drug Aftercare Condition. You shall participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the Parole Supervision Services Division for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

The decision to retard the parole effective date and the special condition(s) are not appealable.

REASONS:

Your release date is being retarded for release planning pursuant to 28 C.F.R. 2.82.

cc:   Elias Kibler, Director
      Parole Supervision Services
      D.C. Court Services and Offender Supervision
      300 Indiana Avenue N.W.
      Suite 2132
      Washington D.C. 20001

---

Date: June 1, 2000                                                  Clerk: JEH

BOP-Raleigh CCM                    Page 1 of 1                      SANDERS.084