# EXHIBIT O

Case 1:05-cv-02003-RWR   Document 7-17   Filed 12/01/2005   Page 1 of 3



U.S. DEPARTMENT OF JUSTICE
United States Parole Commission

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

May 17, 2002

Mr. John R. Long, Chief
U.S. Probation Officer
Eastern District of Virginia
401 U.S. Courthouse Square
Alexandria, VA 22314-5797

Re: Sanders, Kenneth            Collateral Request
    Reg. No. 08480-007
    DCDC No. 243-923
    FBI No. 425756W6
    DOB:

Dear Chief Long:

On 5/9/2002 the U.S. Parole Commission issued a parole violator's warrant for the above-named. On 5/15/2002 we were notified by the U.S. Marshals Service that subject was arrested in Arlington, Virginia on or about 5/15/2002 and our warrant has been placed as a detainer.

In order to supplement the warrant with the new criminal violations, we need the following material:

- Police/investigative report for current pending charges.

Please obtain this information and forward to our office at your earliest convenience. Thank you for your assistance in this matter.

Sincerely,

Deirdre Jackson
Case Analyst

DMJ

Queued: 05-17-2002 10:50:31 USPO-Eastern District of Virginia |

# FYI      FYI      FYI

MAY 15, 2002

TO:   U.S. PAROLE COMMISSION
      CHEVY CHASE, MD 20815

FM:   U.S. MARSHALS SERVICE
      WASHINGTON, D.C. 20001

REF:  DETAINER OTHER JURISDICTION

SUBJ: SANDERS, Kenneth
      DCDC:  243923
      PDID:  339403
      REG#:  08480-007
      JURIS: Arlington, VA

A DETAINER HAS BEEN FILED BY USMS E/VA. FOR MORE INFORMATION PLEASE CALL 703-274-2013/FAX: 703-274-2060.