# EXHIBIT P

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## UNITED STATES PROBATION OFFICE

**JOHN R. LONG**
CHIEF U.S. PROBATION OFFICER

401 Courthouse Square
Alexandria 22314-5797
703-299-2300

July 16, 2002



Suite J
320-B Charles Dimmock Parkway
Colonial Heights 23834
804-526-1806

Suite 100
10500 Battleview Parkway
Manassas 20109
703-366-2108

Room 300, Post Office Bldg.
101 25th Street
Newport News 23607
757-245-0803

Suite 200, U.S. Courthouse
600 Granby Street
Norfolk 23510
757-222-7300

Room 205, U.S. Courthouse Annex
1100 East Main Street
Richmond 23219
804-771-2317

REPLY TO: Alexandria

Ms. Deirdre Jackson
Case Analyst
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-5525

RE:   SANDERS, Kenneth
      Reg. #: 08480-007

**COLLATERAL RESPONSE**

Dear Ms. Jackson:

Reference is made to your letter dated June 18, 2002, in which you requested collateral assistance regarding the above-named individual's sentencing order in Arlington, Virginia.

Enclosed you will find the requested sentencing order for the above individual on case CR02-137 for Concealment as a Third or Subsequent Offense in the Circuit Court in Arlington, Virginia.

I hope the above information proves helpful to you. Please do not hesitate to contact me at (703) 299-2357 should you need any additional information.

Sincerely,

Raymond M. Hess
U.S. Probation Officer

RMH/rmh
cc: CUSPO

P