# **EXHIBIT Q**



# Memorandum

**Subject**

Sanders, Kenneth
Reg. No. 08480-007
DCDC No. 243-923

**Date**

July 18, 2002

**To**

U.S. Marshal
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

**From**

Deirdre Jackson
Case Analyst
U.S. Parole Commission

Enclosed is a copy of a Supplemental Warrant Application concerning the subject's alleged violation. Please provide the subject with a copy and attach this to the Warrant and Warrant Application dated May 9, 2002.

Enclosure

cc: Sharon Barnes-Durbin, SCSA
CSS Data Management Group
D.C. Court Services and Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2149
Washington, D.C. 20001

DMJ

U.S. DEPARTMENT OF JUSTICE
UNITED STATES PAROLE COMMISSION

SUPPLEMENT
D.C. Code Offender

Name .................... Sanders, Kenneth
Reg. No .................. 08480-007
DCDC No. ................ 243-923
FBI No. .................. 425756W6
Birth Date ............... ███
Race ..................... Black
Date ..................... July 18, 2002

**CHARGES:**

Charge No. 3 - Law Violation – Felony Concealment (CONVICTION). On 12/8/2001, the subject stole 11 hats from "Lids" and 4 bottles of cologne from "Abercrombie & Fitch". The stolen merchandise was valued at $289.89. The subject was arrested by Arlington County, Virginia police for the above-cited offense on 12/8/2001. This information is contained in the police report dated 12/8/2001. On 3/4/2002, the subject was convicted by guilty plea for the above-cited offense and sentenced to 4 years, (all but 12 months suspended) and 4 years probation. This information is contained in Judgment dated 3/18/2002. This charge is based on the information contained in the violation report dated 6/12/2002 & 7/16/2002 from USPO Raymond Hess.

I ADMIT [ ] or DENY [ ] this charge.

Probable Cause Hearing is No Longer Required

Warrant Issued ............ May 9, 2002
District Sent To .........

Warrant Recommended By:

*Deirdre Jackson*

Deirdre Jackson, Case Analyst
U.S. Parole Commission

