# **EXHIBIT S**

Notice of Action

**U.S. Department of Justice**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Name: SANDERS, Kenneth R.

Register Number: 08480-007

Institution: Philadelphia FDC
Rivers Correctional Institution
DCDC No.: 243-923

In the case of the above named the following parole action was ordered:

Revoke parole. None of the time spent on parole shall be credited. Parole effective after the service of 17 months (05-08-2003). You shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

NOTE: It is requested that CSOSA investigate placement directly into a residential treatment program following release on parole.

FINDINGS OF FACT:

The Commission finds as a fact that you violated the condition of release as indicated below:

Charge No. 1 - Violation of Special Condition (DAPS).

Basis: Information contained in CSO Brown's Violation Report dated 03-14-2002.

Charge No. 3 - Law Violation - Felony Concealment.

Basis: Your admission to the examiner and your conviction in Arlington County Circuit Court on 01-22-2002.

The Commission makes no findings concerning the following charges:

Charge No. 2 - Failure to Report Change in Residence.

Basis: Insufficient evidence to support the finding.

Date: March 12, 2003

BOP-Rivers Correctional Institution    Page 1 of 3

Clerk: ADC

SANDERS.084

REASONS:

Your parole violation behavior has been rated as Category One severity because it involved criminal violations, specifically: Theft of Less Than $2,000 and Administrative Violations. Your new salient factor score is 4. As of your hearing date of 02-25-2003, you have been in custody for 15 months. Guidelines established by the Commission indicate a customary range of 8-12 months to be served before release. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted. You, however, will serve above the guidelines because of your time in custody before the hearing and time is needed for case processing and release planning.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution, and to your Supervision Officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

See the attached sheet for an explanation of the Salient Factor Score and your item individual points.

cc:

U.S. Marshal
District of Columbia - District Court
333 Constitution Avenue, N.W.
Room 7337
Washington, D.C. 20001
Attn: Warrant Squad

CSS Management Group
Attn: Sharon Barnes-Durbin, SCSA
300 Indiana Avenue, NW
Second Floor, Suite 2149
Washington, DC 20001

Karen Brown, SDUSM
U.S. Marshal Service
U.S. Courthouse 1106A
Third & Constitution Avenue, N.W.
Washington, DC 20001

Federal Public Defender
Eastern District of Pennsylvania
437 Chestnut Street
Lafayette Building, Suite 800
Philadelphia, PA 19106-2414

Date: March 12, 2003

BOP-Rivers Correctional Institution    Page 2 of 3

Clerk: ADC

SANDERS.084

| Your Pts | SFS-98 Item Explanations |
|---|---|
| 1 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than 30 days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 3 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 4 | Total Salient Factor Score (SFS-98) (sum of points for A - F above) |

Points For SFS-98 Item C

| Age | Prior Commitments |  |  |
|---|---|---|---|
|  | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

Date: March 12, 2003

BOP-Rivers Correctional Institution    Page 3 of 3

Clerk: ADC

SANDERS.084