# **EXHIBIT V**

# Memorandum



| | |
|---|---|
| Subject<br>**Expedited Revocation Procedure**<br>Sanders, Kenneth<br>Reg. No. 08480-007<br>DCDC No. 243-923 | Date<br><br>March 4, 2004 |
| To<br><br>Edward F. Reilly<br>Chairman<br>U.S. Parole Commission | From<br><br>Tom Kowalski<br>Consultant/Examiner<br>U.S. Parole Commission |

I.  **Probable Cause Recommendation**

The analyst recommends probable cause on:

Charge No. 1 - Failure to Report to Community Supervision Officer as Directed

Charge No. 2 - Law Violation - Aggressive Panhandling

No probable cause finding recommended on:

II. **Guidelines**

Your violation behavior has been rated as Category One severity because it involved administrative violations and aggressive panhandling. Your salient factor score is 4 (see attached sheet). You have been in federal confinement as a result of your behavior for a total of 1 month(s) as of 3/9/2004. Guidelines established by the Commission indicate a range of 8-12 months to be served.

III. **Release Recommendation**

• Revoke Parole; None of the time spent on Parole shall be credited. Parole effective 10/9/2004 after the service of 8 months.

• In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.




## IV. Evaluation

The subject was reparoled on 5/8/2003 and was reporting until 8/13/2003 when he was last in the office and was instructed to report back on 8/20/2003. He failed to report and the supervision officer began attempting to locate the subject. The subject could not be located however on 10/7/2003 the officer spoke with his employers who stated that the subject had last been seen on 9/12/2003 when he picked up his check. He did not return. The subject was then considered to be in loss of contact status. He was then arrested on 12/11/2003 after police observed him aggressively requesting money from people as they were parking their cars. Based on his loss of contact status as well as his new arrest, the supervision officer requested the warrant on 12/19/2003. The warrant was issued on 1/8/2004 and executed on 2/9/2004.

The violations are administrative and the reparole guidelines are 8 to 12 months. A release after the service of 8 months is recommended.

**If subject declines the expedited proposal, I recommend subject remain in custody pending a local hearing.**

## V. Relevant Dates

Warrant Issued ...................... : 1/8/2004
Warrant Executed .................. : 2/9/2004
New MR Date ....................... : 6/14/2007
New Full Term Date .............. : 6/13/2008

**Approval:**

_____  3/12/04
           Examiner                           Date
           STEVE HUSK

_____  3/12/04
           Examiner                           Date

*****************************************************************************

PROBABLE CAUSE FOUND        [✓] APPROVE EXPEDITED        [ ] DENY EXPEDITED

IF SUBJECT DECLINES EXPEDITED, THE FOLLOWING IS ORDERED:

1. [ ] Designate
2. [✓] Local Hearing
3. [ ] Summons to Local Hearing
4. [ ] Do Not Revoke   [ ] Reinstate to Supervision   [ ] Close Case
5. [ ] Release Pending Revocation Hearing
6. [✓] Do Not Release Pending Revocation Hearing

_____    3-12-04
Commissioner                        Date

_____    3-15-04
Commissioner                        Date

Proposal To:   Public Defender Tracey Hayes, District of Columbia

CC NOA To:              ,       ,
                ,       ,

Location (if USMS indicates fax number):   DC Jail       ,




## SALIENT FACTOR SCORE (SFS-98)

Name: Sanders, Kenneth     Reg. No: 08480-007     DCDC No: 243-923

| Pts | SFS-98 Item Explanations |
|---|---|

**1**   **A. - Prior convictions/adjudications (adult or juvenile)**
None = 3; One = 2; Two or three = 1; Four or more = 0

| Date | Offense & Disposition |
|---|---|
| Unk | Possession PCP – Probation in MD (1-1) |
| 12/89 | Burglary 2nd Degree (three counts)/Attempted Theft/Destruction Property – 6 years (2-1); paroled 8/18/83 and revoked 1/19/95 (2-2); reparoled 2/18/97 and revoked 4/7/99 (2-3); reparoled 10/19/2000 and revoked 3/12/2003 (2-4); reparoled 5/8/2003 |
| 3/2002 | Prison Breach – 12 months + 4 years probation (parole violation charge) (3-4) |

**0**   **B. - Prior commitments of more than thirty days (adult or juvenile)**
None = 2; One or two = 1; Three or more = 0

**2**   **C. - Age at current offense/prior commitments**

| 26 years or more | +3 or less prior commitments | = 3 |
| | +4 prior commitments | = 2 |
| | +5 or more commitments | = 1 |
| 22-25 years | +3 or less prior commitments | = 2 |
| | +4 prior commitments | = 1 |
| | +5 or more commitments | = 0 |
| 20-21 years | +3 or less prior commitments | = 1 |
| | +4 prior commitments | = 0 |
| 19 years or less | +any number prior commitments | = 0 |

The subject was age 42 at the time of the current parole violation.

**0**   **D. - Recent Commitment Free Period *(Three Years)***
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

The subject was last released from confinement on 5/8/2003.

**0**   **E. - Probation/Parole/Supervised Release/Confinement/Escape Status Violator This Time**
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**1**   **F. - Older Offenders**
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

**4**   **TOTAL SCORE**

## SALIENT FACTOR SCORE (SFS-98)                    3/25

| Name: Sanders, Kenneth | Reg. No: 08480-007 | DCDC No: 243-923 |

| Pts | SFS-98 Item Explanations |
|---|---|

**1**  A. - **Prior convictions/adjudications (adult or juvenile)**
     None = 3; One = 2; Two or three = 1; Four or more = 0

| Date | Offense & Disposition |
|---|---|
| Unk | Possession PCP – Probation in MD (1-1) |
| 12/89 | Burglary 2nd Degree (three counts)/Attempted Theft/Destruction Property – 6 years (2-1); paroled 8/18/83 and revoked 1/19/95 (2-2); reparoled 2/18/97 and revoked 4/7/99 (2-3); reparoled 10/19/2000 and revoked 3/12/2003 (2-4); reparoled 5/8/2003 |
| 3/2002 | Prison Breach – 12 months + 4 years probation (parole violation charge) (3-4) |

**0**  B. - **Prior commitments of more than thirty days (adult or juvenile)**
     None = 2; One or two = 1; Three or more = 0

**2**  C. - **Age at current offense/prior commitments**

| 26 years or more | +3 or less prior commitments | = 3 |
|  | +4 prior commitments | = 2 |
|  | +5 or more commitments | = 1 |
| 22-25 years | +3 or less prior commitments | = 2 |
|  | +4 prior commitments | = 1 |
|  | +5 or more commitments | = 0 |
| 20-21 years | +3 or less prior commitments | = 1 |
|  | +4 prior commitments | = 0 |
| 19 years or less | +any number prior commitments | = 0 |

The subject was age 42 at the time of the current parole violation.

**0**  D. - **Recent Commitment Free Period** *(Three Years)*
     No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

The subject was last released from confinement on 5/8/2003.

**0**  E. - **Probation/Parole/Supervised Release/Confinement/Escape Status Violator This Time**
     Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**1**  F. - **Older Offenders**
     If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

**4**  **TOTAL SCORE**

NOTICE TO ALLEGED PAROLE, SPECIAL PAROLE,
MANDATORY RELEASE, OR SUPERVISED RELEASE VIOLATOR
ELIGIBILITY FOR EXPEDITED REVOCATION PROCEDURE

Name: Sanders, Kenneth    Reg. No: 08480-007    DCDC No. 243-923

1. This is to inform you that the Parole Commission has found probable cause to believe that you have violated the conditions of your release.

2. The specific charges upon which these findings are based:

   Charge No. 1 - Failure to Report to Community Supervision Officer as Directed

   Charge No. 2 - Law Violation - Aggressive Panhandling

3. Based on the finding of probable cause and information available to the Commission at this time, if you are revoked after a revocation hearing, your guidelines will be as follows:

   Your violation behavior has been rated as Category One severity because it involved administrative violations and aggressive panhandling. Your salient factor score is 4 (see attached sheet). You have been in federal confinement as a result of your behavior for a total of 1 month(s) as of 3/9/2004. Guidelines established by the Commission indicate a range of 8-12 months to be served.

   Pursuant to its regulations, the Commission will render a decision within the applicable guideline range unless it finds good cause to render a decision above or below the applicable guideline range and provides specific reasons.

4. Your violation behavior makes you eligible to apply for the following expedited procedure. You may, if you wish, waive your right to a revocation hearing, accept responsibility for your conduct, and consent to revocation on the record. If you do so, the Commission will take the following action in your case:

   • Revoke Parole; None of the time spent on Parole shall be credited. Parole effective 10/9/2004 after the service of 8 months.

   • In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

   After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.

5. For the Commission to approve your application for this expedited revocation procedure, the completed form must be received by the U.S. Parole Commission within **14 days of the date noted on the cover letter**. If the completed form is not received within 14 days, the revocation hearing will be held and the proposed decision set forth will not be binding on the Commission.

6. You are under no obligation to apply for the expedited revocation procedure set forth above. If you do not wish to waive your right to a revocation hearing and accept the proposed decision set forth, please indicate below that you decline the proposal. You will be given a revocation hearing under normal procedures. After your revocation hearing, the Commission, on the basis of the information available, may take any action authorized by its regulations. Thus, the action taken by the Commission may be the same, more favorable, or less favorable than the proposed action set forth above. The fact that you chose to have a revocation hearing rather than accept the proposed decision set forth above will not be taken into account.

I hereby waive my right to a revocation hearing before the U.S. Parole Commission. I accept responsibility for the conduct charged against me in the warrant application and I accept the proposed Parole Commission decision set forth on this form. I understand that my reparole date is contingent upon my maintaining a record of good conduct in the institution up to the date of release and an acceptable release plan. I also understand that my consent will not constitute an enforceable agreement with respect to any other action the Commission is authorized to take by law or regulation, or to limit in any respect the normal consequences of revocation.

Because I accept the proposed U.S. Parole Commission's decision set forth on this form, I understand that I am waiving my right to appeal this decision.

X _____  3/19/04
         Signature                    Date

_____  3/19/04
         Witness                      Date

---

I decline the U.S. Parole Commission's revocation proposal. I wish to have an in-person revocation hearing.

_____  _____
         Signature                    Date

_____  _____
         Witness                      Date

---

I wish to request a 14-day extension to consider this proposal.

_____  _____
         Signature                    Date