**EXHIBIT W**

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland  20815-7201

**Notice of Action**

Name: SANDERS, Kenneth
Register Number: 08480-007
DCDC No: 243-923

Institution:  D.C. CCM /CTF

Date:     March 29, 2004

In the case of the above-named, the following parole action was ordered:

### DC EXPEDITED REVOCATION

Revoke Parole; None of the time spent on Parole shall be credited.  Parole effective October 9, 2004 after the service of 8 months.

In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency.  That program may include testing and examination to determine if you have reverted to the use of drugs.  You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

### FINDINGS OF FACT:

The Commission has found that you violated the following condition(s) of release:

Charge No. 1 - Failure to Report to Community Supervision Officer as Directed.

Charge No. 2 - Law Violation - Aggressive Panhandling.

Basis for the above stated finding(s): Your admission.

### REASONS:

Pursuant to the revocation proposal you signed on 3/19/2004, your violation behavior has been rated as Category One severity because it involved administrative violations and aggressive panhandling.  Your salient factor score is 4 (see attached sheet).  You have been in federal confinement as a result of your behavior for a total of 1 month(s) as of 3/9/2004.  Guidelines established by the Commission indicate a range of 8-12 months to be served.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer.  In certain cases, copies may also be sent to the sentencing court.  You are responsible for advising any others you wish to notify.

cc:   Tracey Hayes
      Public Defender Service
      District of Columbia
      Special Proceedings Division
      633 Indiana Avenue, N.W.
      Washington, D.C. 20004

      U.S. Marshals Service
      District of Columbia - District Court
      333 Constitution Avenue, N.W.
      Room 1400
      Washington, DC 20001
      Attn: Karen Brown

      Case Manager Coordinator
      D.C. CCM
      Federal Bureau of Prisons
      800 N. Capitol Street, N.W.
      Suite 270
      Washington, D.C. 20002

      CSS Management Group
      Attn: Sharon Barnes-Durbin, SCSA
      300 Indiana Avenue, NW
      Second Floor, Suite 2149
      Washington, DC 20001



## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 1 | **A** - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | **B** - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 2 | **C** - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | **D** - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | **E** - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | **F** - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 4 | **Salient Factor Score (SFS-98)** (sum of points for A-F above) |



**Points for SFS Item C**

| Age | Prior Commitments | | |
|---|---|---|---|
| | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |