# **EXHIBIT X**

11/23/05 02:01 FAX 301 492 5563 US PAROLE COMMISSION ☒031
Case 1:05-cv-02003-RWR   Document 7-26   Filed 12/01/2005   Page 2 of 5

USPC    ●  9/17/2004  9:04  PAGE 1/4  Fax Server



# Memorandum

| Subject | Date |
|---|---|
| PAROLE CERTIFICATE<br>Sanders, Kenneth<br>Reg. No. 08480-007<br>DCDC No. 243-923 | September 16, 2004 |

**To**

Case Manager
Butner FCI-Low
P. O. Box 999
Butner, NC 27509-0999

**From**

Janice C. Bradford
Correspondence Specialist
U.S. Parole Commission

Attached is the Parole Certificate for the above named. Please execute the Certificate, make a copy for the inmate, a copy for your file, and return the executed original to the Commission at the following address:

5550 Friendship Boulevard
Suite 420
Chevy Chase, MD 20815-7286

If you have any questions, please contact this office at (301) 492-5821. Thank you for your continued cooperation.

Attachment

cc: CSS Data Management Group,
D.C. Court Services & Offender
 Supervision Agency
300 Indiana Avenue, N.W., Suite 2149
Washington, D.C. 20001

JCB/SDT

```
US PAROLE
OCT 1 8 2004
COMMISSION
```

Queued: 09-17-2004 11:46:04 BOP-Butner FCI-Low

U.S. Department of Justice
United States Parole Commission

CERTIFICATE OF PAROLE
District of Columbia Offender

Having determined that (1) Sanders, Kenneth, Register No. 08480-007, (DCDC No. 243-923) (the "inmate") is eligible for parole; (2) there is a reasonable probability that the inmate will live and remain at liberty without violating the law; and (3) the inmate's release is not incompatible with the welfare of society, the United States Parole Commission (the "Commission") ORDERS that the inmate be paroled on October 9, 2004 and remain under parole supervision through April 12, 2008. The conditions listed in this certificate apply during the inmate's parole supervision.

Given under the hand and the seal of the Commission on September 16, 2004.

UNITED STATES PAROLE COMMISSION

By: Janice C. Bradford, Correspondence Specialist

Docket/Case Number: F1426-89C, F, X, Y, Z
Initial Risk Category: SFS-4

**Acknowledgement of Release Conditions**

I have read, or had read to me, the conditions that are listed on this CERTIFICATE OF PAROLE. I have received a copy of this CERTIFICATE OF PAROLE. I fully understand the conditions that have been imposed upon me and know that if I violate any of those conditions I may be sent back to prison.

**Consent to the Disclosure of Drug/Alcohol Treatment Information**

By signing this CERTIFICATE OF PAROLE, I consent to unrestricted communication between any facility administering a drug or alcohol treatment program in which I am or will be participating, on the one hand, and the Commission and the officer responsible for supervising me, on the other hand. I consent to disclosure by such facility to the Commission and the office responsible for supervising me of any information requested related to my supervision, and the disclosure by the Commission and the office supervising me to any agency that requires such information for the performance of an official duty. This consent is irrevocable until the end of parole supervision.

| Sanders, Kenneth R. | 243-923 |
|---|---|
| Name | DCDC No. |
| Witnessed: B. Kaz, Case Manager | 09-27-2004 |
| Name and Title | Date |

The above-named inmate was released on the 8th day of October, 20 04 with a total of 1281 days remaining to be served.

Patricia R. Stansberry, Warden
Official Certifying Release

Queued: 09-17-2004 11:46:04 BOP-Butner FCI-Low

This CERTIFICATE OF PAROLE becomes effective on the day of release set forth above, after you sign this certificate. If you fail to comply with any of the conditions, you may be summoned to a hearing, or retaken on a warrant and reimprisoned pending a hearing, to determine if your parole should be revoked.

## GENERAL CONDITIONS

1.  A. You must go directly to Washington, D.C. and appear in person at the Intake Office of the Court Services and Offender Supervision Agency for the District of Columbia (CSOSA), 300 Indiana Avenue, N.W., Washington, D.C. 20001. If you are unable to appear in person at that office within three days of release, you must appear in person at the United States Probation Office nearest to you and follow the instructions of the duty officer.
    B. If you are not released to the community after your parole, you must follow the instructions in 1.A. above when you are released to the community.
2.  You must not leave the Washington, D.C. metropolitan area without the written permission of the officer supervising you. The Washington, D.C. metropolitan area consists of the District of Columbia, Prince Georges and Montgomery Counties in Maryland, Arlington and Fairfax Counties in Virginia, and the Cities of Alexandria, Fairfax, and Falls Church in Virginia. For the purpose of applying all conditions of release, "the officer supervising you" includes any supervision officer assisting, substituting for, or acting on behalf of the officer assigned to your supervision.
3.  You must, between the first and third day of each month, make a written report to the officer supervising you. In addition, you must meet with the officer supervising you at such times and in such a manner as that officer directs, and provide such information as that officer requests. All information that you provide to the officer supervising you must be complete and truthful.
4.  You must notify the officer supervising you within two days of (A) an arrest or questioning by a law-enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5.  You must permit the officer supervising you to visit your place of residence and your place of business or employment.
6.  You must permit the officer supervising you to confiscate any material that officer believes may be contraband and that is in plain view in your possession, including in your residence, place of business or employment, and vehicle.
7.  You must submit to a drug or alcohol test whenever ordered to do so by the officer supervising you.
8.  You must not violate any law and must not associate with someone else who is violating any law.
9.  You must not possess a dangerous weapon, which includes ammunition.
10. You must not drink alcohol to excess and must not illegally use or possess a controlled substance. You must not frequent a place where you know a controlled substance is illegally used or distributed.
11. You must not associate with a person who has a criminal record without permission from the officer supervising you.
12. You must not enter into an agreement to act as an informant or undercover agent for a law-enforcement agency without permission from the Commission.
13. You must make a diligent effort to work regularly, unless excused by the officer supervising you, and to support any legal dependent.
14. You must make a diligent effort to satisfy any fine, restitution order, court costs or assessment, or child-support or alimony payment to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by the officer supervising you. If you are unable to pay such a financial obligation in one sum, you must cooperate with the officer supervising you to establish an installment-payment schedule.
15. If you are being paroled from a sentence imposed following conviction of a domestic-violence crime, and that conviction is your first conviction for such a crime, you must, as directed by the officer supervising you, attend an approved offender-rehabilitation program if such a program is readily available within a 50-mile radius of your residence.
16. If you are required by law to report and register as a sex-offender, you must comply with that law.
17. You must provide a DNA sample if the officer supervising you determines that collection of such sample is required by law.
18. You must participate in an Employment Readiness Program if so directed by the officer supervising you.
19. If you are being supervised by CSOSA, you must submit to the sanctions imposed by the officer supervising you within the limits established by an approved schedule of graduated sanctions.
20. If so directed by the officer supervising you, you must notify a person of your criminal history or characteristics to inform that person of a risk of harm.

Queued: 09-17-2004 11:46:04 BOP-Butner FCI-Low

11/23/05 12:03 FAX 301 492 5563 US PAROLE COMMISSION ☒034
Case 1:05-cv-02003-RWR Document 7-26 Filed 12/01/2005 Page 5 of 5

USPC 9/17/2004 9:04 PAGE 4/4 x Server

## SPECIAL CONDITIONS

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

In addition, you shall be subject to the Special Mental Health Aftercare Condition that requires that you participate in an in-patient or an out-patient mental health program as directed by your Supervision Officer.

In addition, you shall reside in and participate in a program of a Community Corrections Center as instructed by your Supervision Officer until discharged by the Center Director, but no later than 120 days from admission.