# EXHIBIT BB

```
ID RECORD(S) FOUND
TO GENERATE NCIC INQUIRY, PAGE TO DESIRED ID RECORD AND PRESS THE ENTER KEY
*****************************************************   P/
 ID RECORD    IND= 11/06/80 INT= 08:21 UPD= 02/10/04   RECORD STATUS= 3
   SANDERS, KENNETH RAY              DOB= ▆▆▆▆▆▆  BLACK    MALE    6'0"    145 LBS
                                     EYES= BRO   HAIR= BLK   SKIN= MED
                                     ADDR= 5615 9TH ST NW WDC                POB=DC
 AKA= SANDERS, KENNY RAY
 SCARS= SC L EYE
 SOC'S= ▆▆▆▆▆▆▆▆
 PDID#= 339403   FBI#= 425756W6
 ID COMMENTS= 1439 CONGRESS PL SE  -1249 EATON RD SE-411 L ST SE
 WIN= I0050041

MISDEMEANOR BENCH WARRANT   IND= 10/20/05   INT= 16:37
EW    DC001021J WARRANT NUMBER= DC015204     WARRANT DATE= 10/06/05
 OFF= 5015 FAILURE TO APPEAR-SH
 ORG OFF= 7399 PANHANDLING
 WARRANT HELD BY  DC SUPERIOR CT 879-1377     WILL NOT EXTRADITE
      BOND SET $50 CASH FORFEIT ISSUED BY JUDGE RINGELL----------
      OFC STANCIL 1D #2077
      STATUS= NEWLY ISSUED WARRANT - NO PD26 YET
 WIN/W0332348
```

BB

```
•-----------------------------------------------
DC00147JA.*MRI9621703.
MESSAGE FROM NCIC
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/SANDERS,KENNETH RAY SEX/M RAC/B DOB/19610329
 SOC/578846860 PUR/C
NAME                           FBI NO.           INQUIRY DATE
SANDERS,KENNETH RAY            425756W6          2005/11/28

SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR  BIRTH PLACE           PHOTO
M   B    [redacted]   510    145    BRO  BLK   DIST OF COLUMBIA      Y

FINGERPRINT CLASS    PATTERN CLASS
DO 12 13 PO 12       WU RS RS WU RS AU WU LS WU LS
03 PI 12 PI 10          WU             LS       WU


ALIAS NAMES
SAMUELS,MELVIN RAE          SANDERS,KENNETH
SANDERS,KENNETH BAY         SANDERS,KENNETH R
SANDERS,RAY


OTHER           SCARS-MARKS-
BIRTH DATES     TATTOOS          SOCIAL SECURITY    MISC NUMBERS
[redacted]      SC FHD           [redacted]         [redacted]
[redacted]      SC L EYE



IDENTIFICATION DATA UPDATED 2005/10/26

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 VIRGINIA       - STATE ID/VA514437
 FBI            - FBI/425756W6

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END


14:39:06 11/28/05



•-----------------------------------------------
```

```
•-----------------------------------------------
DC00147JA.*MRI9621752.
MESSAGE FROM NCIC
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/425756W6. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
  FBI         - FBI/425756W6
  VIRGINIA    - STATE ID/VA514437
END


14:39:55 11/28/05



•-----------------------------------------------
CR.VAIII0000.DC00147JA.*MRI9621752.
HDR/2L01MRI9621752
ATN/PEGGY
THE FOLLOWING RECORD PERTAINS TO SID/VA514437
                        VIRGINIA CRIMINAL RECORD           11/28/2005 PART  1
SID:   VA514437 FBI:   425756W6
NAMES RECORDED IN VIRGINIA FILES:                   SEX RACE DATE OF BIRTH
          SAMUELS          MELVIN        R            M   B
          SANDERS          KENNETH       R            M   B
          SANDERS          KENNETH       RAY          M   B
          SAMUELS          MELVIN        R            M   B
          SANDERS          KENNETH       R            M   B
          SANDERS          KENNETH       R            M   B
          SANDERS          RAY                        M   B
          SANDERS          KENNETH       RAY          M   B
          SANDERS          KENNETH                    M   B
          SANDERS          KENNETH       BAY          M   B
HEIGHT  WEIGHT  EYES  HAIR   SCARS/MARKS/TATTOOS
 6'00"   200    BRO   BRO
LAST REPORTED ADDRESS:   5615 NW 9TH
                         WASHINGTON, DC 20011
PLACE OF BIRTH: WASHINGTON, D.C.
SOCIAL SECURITY NO(S):  ███████

              ******************************
              *                             *
              *      =>CONVICTED FELON<=    *
              *      FELONY CONVICTIONS:  4 *
              ******************************
CONTRIBUTOR/CASE     DATE       CHARGE/DISPOSITION
==================   ==========  ================================================
PD FAIRFAX CO VA     02/18/1981  FINGERPRINTED
ORI:VA0290100                    OCA:60537
                                 CHARGED WITH
                          #001   MSDMNR
                                 LARCENY
                                 FAIRFAX CO         02/18/1981
FAIRFAX CO GEN DIST  08/07/1981  DISMISSED
ORI:VA029013J
CCN:NOT RECORDED
DCN:C230247
--------------------
============================
PD FAIRFAX CO VA     12/20/1981  FINGERPRINTED
ORI:VA0290100                    OCA:60537
                                 CHARGED WITH
                          #001   FELONY
                                 LARCENY
                                 FAIRFAX CO         12/20/1981
FAIRFAX CO GEN DIST  01/26/1982  GUILTY
ORI:VA029013J                    MSDMNR
CCN:NOT RECORDED                 LARCENY
DCN:C290642
--------------------
============================
PD ALEXANDRIA VA     06/29/1994  FINGERPRINTED
ORI:VA0990000                    OCA:94013062
```

```
                                        CHARGED WITH
                             #001 FELONY
                                  LARCENY
                                  ALEXANDRIA         06/28/1994
ALEXANDRIA CIRCUIT  10/20/1994 GUILTY
ORI:VA099015J              ==> FELONY
CCN:NOT RECORDED               LARCENY
DCN:F561154                    1152/0055   1201/2140
-------------------
============================
PD ALEXANDRIA VA    07/23/1994 FINGERPRINTED
ORI:VA0990000                  OCA:94010744
                               CHARGED WITH
                          #001 FELONY
                               STATUTORY BURGLARY
                               ALEXANDRIA          05/31/1994
ALEXANDRIA CIRCUIT  10/20/1994 NOLLE PROSSED
ORI:VA099015J
CCN:NOT RECORDED
DCN:F561311                    1162/0078   1196/0304
-------------------
PD ALEXANDRIA VA    07/23/1994 FINGERPRINTED
ORI:VA0990000                  OCA:94010744
                               CHARGED WITH
                          #002 MSDMNR
                               FAIL TO APPEAR
                               ALEXANDRIA          05/26/1994
ALEXANDRIA GEN DIST 08/16/1994 GUILTY
ORI:VA099011J                  MSDMNR
CCN:NOT RECORDED               FAIL TO APPEAR
DCN:F561318                    1162/0079   1180/2377
-------------------
============================
SO ALEXANDRIA VA    07/25/1994 FINGERPRINTED
ORI:VA0990100                  OCA:94013062
                               CHARGED WITH
                          #001 MSDMNR
                               FAIL TO APPEAR
                               ALEXANDRIA          07/13/1994
ALEXANDRIA GEN DIST 08/19/1994 GUILTY
ORI:VA099011J                  MSDMNR
CCN:NOT RECORDED               FAIL TO APPEAR
DCN:F656024                    1157/2152   1179/1361
-------------------
============================
SO ALEXANDRIA VA    09/07/1994 FINGERPRINTED
ORI:VA0990100                  OCA:94010774
                               CHARGED WITH
                          #001 FELONY
                               LARCENY
                               ALEXANDRIA          05/31/1994
ALEXANDRIA CIRCUIT  10/20/1994 GUILTY
ORI:VA099015J              ==> FELONY
CCN:NOT RECORDED               RECEIVING STOLEN PROPERTY
DCN:F656134                    1205/2410   1233/0151
-------------------
============================
PD ALEXANDRIA VA    12/09/1997 FINGERPRINTED
ORI:VA0990000                  OCA:97022688
                               CHARGED WITH
                          #001 FELONY
                               ATTEMPT STATUTORY BURGLARY
                               PRINCE WILLIAM CO   10/06/1997
PRINCE WM GEN DIST  01/07/1998 GUILTY
ORI:VA075013J                  MSDMNR
CCN:NOT RECORDED               DAMAGE PROPERTY
DCN:H531539                    1893/0205   1917/0771
-------------------
============================
PD ARLINGTON VA     04/02/1998 FINGERPRINTED
ORI:VA0070100                  OCA:98A0002937
```

```
                                        CHARGED WITH
                                  #001 FELONY
                                        BURGLARY/NO FORCED ENTRY
                                        ARLINGTON CO         11/19/1987
                            ********* DISPOSITION NOT RECEIVED
DCN:G532675                             1965/0148
-------------------
==============================
PD ARLINGTON VA      07/13/1998 FINGERPRINTED
ORI:VA0070100                   OCA:98A0005928
                                CHARGED WITH
                           #001 MSDMNR
                                FAIL TO APPEAR
                                ARLINGTON CO         07/10/1998
ARLINGTON CO GENDIS 08/14/1998 DISMISSED
ORI:VA007023J
CCN:NOT RECORDED
DCN:G553303                     2059/0190   2065/1847
-------------------
==============================
PD ALEXANDRIA VA     11/18/1998 FINGERPRINTED   PHOTO:Y
ORI:VA0990000                   OCA:98019887
                                CHARGED WITH
                           #001 FELONY 18.2-250(A)(a)
                                POSSESSION OF SCHEDULE I,II CONTROLLED SUBSTANCE
                                ALEXANDRIA           11/18/1998
ALEXANDRIA CIRCUIT   03/11/1999 GUILTY
ORI:VA099015J               ==> FELONY
CCN:NOT RECORDED                POSSESS COCAINE
DCN:P002157                     2142/1211   2237/1112
-------------------
==============================
PD ARLINGTON VA      12/08/2001 FINGERPRINTED   PHOTO:Y
ORI:VA0070100                   OCA:01A0009166
                                CHARGED WITH
                           #001 FELONY 18.2-108
                                RECEIVING STOLEN GOODS
                                ARLINGTON CO         12/08/2001
ARLINGTON CO GENDIS 01/14/2002 NOLLE PROSSED
ORI:VA007023J
CCN:013GC0100555900*
                                         COURT APPOINTED
DCN:L904257                     2880/0545
-------------------
PD ARLINGTON VA      12/08/2001 FINGERPRINTED   PHOTO:Y
ORI:VA0070100                   OCA:01A0009166
                                CHARGED WITH
                           #002 FELONY 18.2-96
                                LARCENY OR THEFT -3RD OR SUBSQ OFFENSE
                                ARLINGTON CO         12/08/2001
                            ********* DISPOSITION NOT RECEIVED
DCN:L904258                     2880/0545
-------------------
==============================
SO ARLINGTON CO VA  01/24/2002 FINGERPRINTED   PHOTO:Y
ORI:VA0070000                   OCA:02A0000579
                                CHARGED WITH
                           #001 FELONY 18.2-104
                                LARCENY OR THEFT -3RD OR SUBSQ OFFENSE
                                ARLINGTON CO         12/08/2001
ARLINGTON CO CIR CT 03/04/2002 GUILTY
ORI:VA007015J               ==> FELONY 18.2-103
CCN:013CR0200013700*            CONCEALMENT, PRICE ALTER MERCHANDISE >=$200
                                 4 YRS                   IMPOSED
                                 3 YRS                   SUSPENDED    PENITENTIARY
                                JUDGE          COURT APPOINTED
                                SUPERVISED PROBATION
DCN:L904978                     2902/1837
-------------------
==============================
PD PRINCE WM CO VA  01/07/2005 FINGERPRINTED   PHOTO:Y
```

```
ORI:VA0750300                    OCA:05003918
                                 CHARGED WITH
                            #001 FELONY 18.2-95
                                 GRAND LARCENY
                                 PRINCE WILLIAM CO     01/06/2005
PRINCE WM GEN DIST  04/26/2005 GUILTY
ORI:VA075013J                    MSDMNR 18.2-96
CCN:153GC0500046900*             PETIT LARCENY
                                 12 MOS                IMPOSED
                                                COURT APPOINTED
DCN:P931302
-------------------
PD PRINCE WM CO VA  01/07/2005 FINGERPRINTED   PHOTO:Y
ORI:VA0750300                    OCA:05003918
                                 CHARGED WITH
                            #002 FELONY 18.2-250
                                 POSSESSION OF CONTROLLED SUBSTANCES
                                 PRINCE WILLIAM CO     01/07/2005
PRINCE WM GEN DIST  04/26/2005 NOLLE PROSSED
ORI:VA075013J
CCN:153GT0500029400*
                                                COURT APPOINTED
DCN:P931303
-------------------
*DISPOSITION ELECTRONICALLY TRANSFERRED BY COURT OF JURISDICTION
         RECORD AUTOMATED: 03/02/1983  LAST RECORD UPDATE: 05/15/2005
ALL ARREST ENTRIES CONTAINED IN THIS RECORD ARE BASED ON FINGERPRINT COMPARISON
AND PERTAIN TO THE SAME INDIVIDUAL.
                          *** CAUTION ***
 THIS RESPONSE IS BASED ON COMPARISON OF REQUESTOR FURNISHED INFORMATION
AGAINST DATA CONTAINED IN THE FILES OF THE VIRGINIA STATE POLICE CRIMINAL
RECORDS EXCHANGE ONLY AND DOES NOT PRECLUDE THE EXISTENCE OF OTHER CRIMINAL
HISTORY INFORMATION WHICH MAY BE CONTAINED IN THE REPOSITORY OF OTHER LOCAL,
STATE OR FEDERAL CRIMINAL JUSTICE AGENCIES.
 CHANGES TO THIS RECORD MAY BE IN PROCESS.  A NEW INQUIRY SHOULD BE MADE FOR
SUBSEQUENT USE.  THE RECIPIENT(S) IS RESPONSIBLE FOR MAINTAINING AN AUDIT
TRAIL OF ALL SECONDARY DISSEMINATION OF ANY OF THIS INFORMATION.
*** UNAUTHORIZED DISSEMINATION WILL SUBJECT THE DISSEMINATOR TO CRIMINAL AND
CIVIL PENALTIES. ***
THIS IS A MULTI-STATE RECORD. ADDITIONAL CRIMINAL HISTORY INFORMATION
IS INDEXED IN NCIC-III FOR OTHER STATE OR FEDERAL OFFENSES.
BASED ON FBI NUMBER ONLY
END OF RECORD


·--------------------------------------------------
CR.WVFBINF00.DC00147JA.*MRI9621752.
HDR/2L01MRI9621752
ATN/PEGGY
*********************  CRIMINAL HISTORY RECORD  **********************
Data As Of                  2005-11-28
*************************  Introduction  ****************************
This rap sheet was produced in response to the following request:
FBI Number              425756W6
Request Id              MRI9621752
Purpose Code            C
Attention               PEGGY
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request-425756W6.
Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use. (US; 2005-11-28)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2005-11-28)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2005-11-28)
************************  IDENTIFICATION  **************************
Subject Name(s)
SANDERS, KENNETH RAY
SANDERS, KENNETH R    (AKA)
SANDERS, RAY    (AKA)
```

```
SAMUELS, MELVIN RAE    (AKA)
SANDERS, KENNETH    (AKA)
SANDERS, KENNETH BAY    (AKA)
Subject Description
FBI Number              State Id Number
425756W6                VA514437 (VA)
Social Security Number
[REDACTED]

Miscellaneous Numbers
[REDACTED]              Army Serial           Unknown
Sex                     Race
Male                    Black
Height                  Weight                Date of Birth
5'10"                   145                   [REDACTED]


Hair Color              Eye Color             Fingerprint Pattern
Black                   Brown                 DO1213PO1203PI12PI10 (FPC)
                        WU RS RS WU RS AU WU LS WU LS (Other)
Scars, Marks, and Tattoos
Code                    Description, Comments, and Images
SC L EYE                , SCAR ON LEFT EYEBROW OR EYE AREA
SC FHD                  , SCAR ON FOREHEAD
Place of Birth          Citizenship
DC                      US
Fingerprint Images
Photo Images
Photo Image Available   RIVERS CORR-WINTON WINTON NC046047C
Available Image         Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                        with arrest date of 2005/10/06)
Photo Image Available   FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image         Other
(No Photo Image Transmitted
Comment:FBI has one photo associated with
                        arrest date of 2005/07/13)
Photo Image Available   LOW SEC CORR INST BUTNER NC039427C
Available Image         Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                        with arrest date of 2004/04/21)
Photo Image Available   POLICE DEPARTMENT WASHINGTON DCMPD0000
Available Image         Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                        with arrest date of 2004/01/17)
Photo Image Available   SHERIFF'S OFFICE UPPER MARLBORO MD0170000
Available Image         Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                        with arrest date of 1989/08/12)
Photo Image Available   CO POLICE DEPARTMENT HYATTSVILLE MD0172100
Available Image         Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                        with arrest date of 1986/11/26)
************************  CRIMINAL HISTORY  ************************
=============================== Cycle 001 ===============================
Earliest Event Date     1980-11-04
-------------------------------------------------------------------------
Arrest Date             1980-11-04
Arrest Case Number      339403
Arresting Agency        DC001017A US ATTORNEY WASHINGTON
Charge                  01
        Charge Literal  ATTEMPTED ARMED ROBBERY GUN
              Severity  Unknown
-------------------------------------------------------------------------
Court Disposition       (Cycle 001)
```

```
Court Agency              Unknown
Charge                    01
        Charge Literal    ASS W I TO COMMIT ROB W ARMED
              Severity    Unknown
           Disposition    (Aquitted 1981-04-08; ACQUITTED- NOT GUILTY)
================================ Cycle 002 ================================
Earliest Event Date       1986-11-26
---------------------------------------------------------------------------
Arrest Date               1986-11-26
Arrest Case Number        132953
Arresting Agency          MD0172100 CO POLICE DEPARTMENT HYATTSVILLE
Charge                    01
        Charge Literal    POSS W/INTENT TO DISTRIBUTE PCP & MARIJUANA
              Severity    Unknown
Charge                    02
        Charge Literal    POSSESSION OF PARAPHERNALIA
              Severity    Unknown
================================ Cycle 003 ================================
Earliest Event Date       1989-08-12
---------------------------------------------------------------------------
Arrest Date               1989-08-12
Arrest Case Number        152994
Arresting Agency          MD0170000 SHERIFF'S OFFICE UPPER MARLBORO
Charge                    01
        Charge Literal    FTA-POSS CDS W/I DIST
              Severity    Unknown
================================ Cycle 004 ================================
Earliest Event Date       1989-12-14
---------------------------------------------------------------------------
Arrest Date               1989-12-14
Arrest Case Number
Arresting Agency          DC001017A US ATTORNEY WASHINGTON
Charge                    01
        Charge Literal    BURGLARY II
              Severity    Unknown
---------------------------------------------------------------------------
Court Disposition         (Cycle 004)
Court Agency               Unknown
Charge                    01
        Charge Literal    BURGLARY II
              Severity    Unknown
           Disposition    (Unknown 1990-05-14; 03-07-90 DISMISSED)
================================ Cycle 005 ================================
Earliest Event Date       1989-12-18
---------------------------------------------------------------------------
Arrest Date               1989-12-18
Arrest Case Number
Arresting Agency          DC001017A US ATTORNEY WASHINGTON
Charge                    01
        Charge Literal    BURGLARY II
              Severity    Unknown
---------------------------------------------------------------------------
Court Disposition         (Cycle 005)
Court Agency               Unknown
Charge                    01
        Charge Literal    BURGLARY II
              Severity    Unknown
           Disposition    (Unknown 1990-05-11; 04-06-90 6-12 YEARS ON 3
                           COUNTS)
================================ Cycle 006 ================================
Earliest Event Date       2003-03-13
---------------------------------------------------------------------------
Arrest Date               2003-03-13
Arrest Case Number        08480007
Arresting Agency          NC046047C RIVERS CORR-WINTON WINTON
Subject's Name            SANDERS,KENNETH
Charge                    01
        Charge Literal    DCPV:VIOL/SHOPLIFTING:ABSCONDED:FAIL DAP
              Severity    Unknown
Charge                    02
        Charge Literal    ORG. ATT THEFT:DEST PROP:BURG
```

```
            Severity     Unknown
-----------------------------------------------------------------------
Court Disposition        (Cycle 006)
Court Agency              Unknown
Charge                    01
        Charge Literal   DCPV:VIOL/SHOPLIFTING:ABSCONDED:FAIL DAP
             Severity    Unknown
          Disposition    (Unknown 2003-04-22; 1587 DAYS REAMIN)
============================== Cycle 007 ==============================
Earliest Event Date      2004-01-17
-----------------------------------------------------------------------
Arrest Date              2004-01-17
Arrest Case Number       008010030381
Arresting Agency         DCMPD0000 POLICE DEPARTMENT WASHINGTON
Charge                   01
        Charge Literal   AGGRESSIVE PANHANDLING
             Severity    Unknown
============================== Cycle 008 ==============================
Earliest Event Date      2004-04-21
-----------------------------------------------------------------------
Arrest Date              2004-04-21
Arrest Case Number       08480007
Arresting Agency         NC039427C LOW SEC CORR INST BUTNER
Subject's Name           SANDERS,KENNETH R
Charge                   01
        Charge Literal   DCPV AGGRESSIVE PANHANDLING FTR TO PO
             Severity    Unknown
-----------------------------------------------------------------------
Court Disposition        (Cycle 008)
Court Agency              Unknown
Charge                    01
        Charge Literal   DCPV AGGRESSIVE PANHANDLING FTR TO PO
             Severity    Unknown
          Disposition    (Unknown 2004-05-12; PV 01-08-2004 1587 DAYS)
============================== Cycle 009 ==============================
Earliest Event Date      2005-07-13
-----------------------------------------------------------------------
Arrest Date              2005-07-13
Arrest Case Number
Arresting Agency         VAUSM0300 USM ALEXANDRIA
Charge                   01
        Charge Literal   5011 - PAROLE VIOLATION-
             Severity    Unknown
-----------------------------------------------------------------------
Court Disposition        (Cycle 009)
Court Agency              Unknown
Charge                    01
        Charge Literal   5011 - PAROLE VIOLATION-
             Severity    Unknown
          Disposition    (Unknown 2005-07-13; NOT YET DISPOSED)
============================== Cycle 010 ==============================
Earliest Event Date      2005-10-06
-----------------------------------------------------------------------
Arrest Date              2005-10-06
Arrest Case Number       08480007
Arresting Agency         NC046047C RIVERS CORR-WINTON WINTON
Subject's Name           SANDERS,KENNETH R
Charge                   01
        Charge Literal   DCPV:VIOL-FAIL TO PRT,CCC FAILURE
             Severity    Unknown
***********************    INDEX OF AGENCIES   ************************
Agency                   FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
Address
                         1000 CUSTER HOLLOW RD
                         CLARKSBURG, WV 26306
-----------------------------------------------------------------------
Agency                   US ATTORNEY WASHINGTON; DC001017A;
Address
                         RM 10-440 555 4TH STREET NW
                         WASHINGTON, DC 20530
-----------------------------------------------------------------------
```

```
Agency              CO POLICE DEPARTMENT HYATTSVILLE; MD0172100;
Address
                     4923 43RD AVENUE
                    HYATTSVILLE, MD 207812020
------------------------------------------------------------------
Agency              SHERIFF'S OFFICE UPPER MARLBORO; MD0170000;
Address
                     PO BOX 548
                    UPPER MARLBORO, MD 207730548
------------------------------------------------------------------
Agency              RIVERS CORR-WINTON WINTON; NC046047C;
Address
                    145 PARKERS FISHERY RD PO BOX 840
                    WINTON, NC 27986
------------------------------------------------------------------
Agency              POLICE DEPARTMENT WASHINGTON; DCMPD0000;
Address
                    ROOM 168 300 INDIANA AVENUE NW
                    WASHINGTON, DC 200012188
------------------------------------------------------------------
Agency              LOW SEC CORR INST BUTNER; NC039427C;
Address
                    OLD NC HWY 75 PO BOX 999
                    BUTNER, NC 275090999
------------------------------------------------------------------
Agency              USM ALEXANDRIA; VAUSM0300;
Address
                     401 COURTHOUSE SQUARE
                    ALEXANDRIA, VA 22314
* * * END OF RECORD * * *
------------------------------------------------------------
```