UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KENNETH SANDERS,** | : | |
| Petitioner | : | Civil Action No. 05-02003 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **U.S. PAROLE COMMISSION,** | : | |
| **FEDERAL BUREAU OF PRISONS, et.al,:** | | |
| Respondents | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Section
D.C. Bar Number 457-078

_____
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Kenneth Ray Sanders, Fed. Reg. No. 08480-007, CI Rivers, Correctional Institution, P.O. Box 630, Winton, North Carolina, 27986, this 1st day of December, 2005.

                                                   _____
                                                   Sherri L. Berthrong
                                                   Assistant United States Attorney