UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KENNETH RAY SANDERS,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**U.S. PAROLE COMMISSION, et al.,** )<br>)<br>Respondents. )<br>) | Civil Action No. 05-2003 (RWR) |

### ORDER

In accordance with the Memorandum Opinion issued this 28th day of February, 2006, it is hereby

ORDERED that the petition for a writ of habeas corpus is DENIED.  It is hereby

FURTHER ORDERED that the case is DISMISSED.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

_____/s/_____
RICHARD W. ROBERTS
United States District Judge